UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES SETTLE
            Plaintiff(s),

v.

WACKENHUT CORP., BONNIE SUTTERFIELD, DALE SCHMIDT, JANICE WOELFFER, DOES 1-10.
            Defendant(s).

Case No. CV 075713 MEJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/31/08

THE WACHENHUT CORP., DALE SCHMIDT; and JANICE WOELFFER
[Party]

Dated: 1/31/08

Michelle Steinhardt
[Counsel]

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05

Gordon & Rees LLP<br>633 West Fifth Street, Suite 4900<br>Los Angeles, CA 90071

PROOF OF SERVICE

1  
2   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On **January 31, 2008**, I served the within documents:
3  

4   **ADR CERTIFICATION BY PARTIES AND COUNSEL**

5  ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

6  ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
7  

8  ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.
9  

10  Bonnie Sutterfieldd
2130 Trinity Court
11  Martinez, CA 94553
***In Pro Per***

12  
James Settle
13  4721 Nicol Commons, #103
Livermore, CA 94550
14  Tel: (925) 998-0297
***Plaintiff in Pro Per***

15       I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

18       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

20       Executed on **January 31, 2008** at Los Angeles, California.

                                                    _____
                                                    Kimberley M. Davison