# UNITED STATES DISTRICT COURT

## Northern District of California

James Settle

            Plaintiff(s),

  v.

The Wackenhut Corp., et al

            Defendant(s).
_____/

Case No. C07-05813MEJ

**CONSENT TO ASSIGNMENT
OR
REQUEST FOR REASSIGNMENT**

<u>Note: Please complete either Part A or Part B below and file with the Clerk of Court.</u>

**A. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: _____

_____
Signature

Counsel for _____
(Name of party or indicate "pro se")

**B. REQUEST FOR REASSIGNMENT TO A UNTIED STATES DISTRICT JUDGE FOR TRIAL
AND DISPOSITION**

The undersigned party hereby declines to consent to the assignment of this case to a United States magistrate judge for trial and disposition and hereby requests the reassignment of this case to a United States district judge.

Dated: February 6, 2008

_/s/ Michelle Steinhardt_____
Signature
Michelle Steinhardt

Counsel for The Wackenhut Corporation, Janice Woelffer and Dale chmidt
(Name of party or indicate "pro se")

WACK/104794/5348102v.1

American LegalNet, Inc.
www.FormsWorkflow.com