**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                                                                General Court Number
Clerk                                                                                                                                              415.522.2000

**February 12, 2008**

CASE NUMBER:  CV 07-05813 MEJ
CASE TITLE:  JAMES SETTLE-v-WACKENHUT CORP

REASSIGNMENT ORDER

      GOOD CAUSE APPEARING THEREFOR,

      IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

      Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

      ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/12/08

                                                      FOR THE EXECUTIVE COMMITTEE:

                                                      _/s/ Richard W. Wieking_
                                                                       Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                 Entered in Computer 2/12/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                             Transferor CSA