```
 1  STEPHEN E. RONK (SBN: 164333)
    MICHELLE L. STEINHARDT (SBN: 235149)
 2  GORDON & REES LLP
    633 West Fifth Street, Suite 4900
 3  Los Angeles, CA 90071
    Telephone: (213) 576-5000
 4  Facsimile: (213) 680-4470
 5  Attorneys for Defendants
    THE WACKENHUT CORPORATION
 6  JANICE WOELFFER AND DALE SCHMIDT
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES SETTLE, an individual | CASE NO. C 7-05813 JSW |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF ERRATA |
| WACKENHUT CORP. BONNIE SUTTERFIELD, DALE SCHMIDT, JANICE WOELFFER, DOES 1-10, | Date: March 14, 2008<br>Time: 1:30 p.m.<br>Courtroom: 2 |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants The Wackenhut Corporation, Janice Woelffer and Dale Schmidt submit this Notice of Errata regarding their Joint Report Pursuant to Federal Rule of Civil Procedure Rule 26(f) filed on March 3, 2008.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
NOTICE OF ERRATA

1    In electronically filing the Joint Report, counsel inadvertently denoted that they
2    represented Bonnie Sutterfield, who is not presently represented in this action.

3    DATED: March 6, 2008                    GORDON & REES LLP
4
5                                            By _____
6                                              Stephen E. Ronk
                                               Michelle L. Steinhardt
7                                              Attorney for Defendants
                                               THE WACKENHUT CORPORATION,
8                                              JANICE WOELFFER AND DALE
                                               SCHMIDT