IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES SETTLE,

    Plaintiff,

    v.

WACKENHUT CORP., BONNIE SUTTERFIELD, DALE SCHMIDT, JANICE WOELFFER, and DOES 1-10,

    Defendants.

No. C 07-05813 JSW

**ORDER TO SHOW CAUSE**

This matter came before the Court for a case management conference on Friday, March 14, 2008. On February 13, 2008, this Court issued an Order setting the date for the case management conference and required that the parties and/or their lead counsel appear. That Order also required submission of a case management statement seven days before the case management conference. Plaintiff, appearing *pro se*, failed to appear for that case management conference.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than March 28, 2008, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by **March 28, 2008** shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: March 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES SETTLE,

        Plaintiff,

  v.

WACKENHUT CORP et al,

        Defendant.

Case Number: CV07-05813 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Settle
4721 Nicol Commons #103
Livermore, CA 94550

Dated: March 17, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk