IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER



**JUDGE:** JEFFREY S. WHITE

**DATE:** March 14, 2008

**COURTROOM DEPUTY:** Jennifer Ottolini

**Court Reporter:** Kathy Wyatt

**CASE NO. C-07-5813 JSW**

**TITLE:** James Settle v. Wachenhut Corp.

**COUNSEL FOR PLAINTIFF:**

No appearance by or for Plaintiff

**COUNSEL FOR DEFENDANT:**

Stephen Ronk

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:** Order show cause re: dismissal for failure to prosecute shall issue for the Plaintiff.

 Close of fact discovery: 9-17-08

 Close of Expert discovery: 8-30-08

 Hearing on dispositive motions (if any): 8-8-08 at 9:00 a.m.

 Pretrial Conference: 11-10-08 at 2:00 p.m.

 Jury Trial: 12-1-08 at 8:30 a.m.  (5 - 7 day est.)