IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SETTLE,<br><br>    Plaintiff,<br><br>  v.<br><br>WACKENHUT CORP., BONNIE SUTTERFIELD, DALE SCHMIDT, JANICE WOELFFER, and DOES 1-10,<br><br>    Defendants.<br>_____ / | No. C 07-05813 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On March 17, 2008, this Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute. The Court has received Plaintiff's response to the Order, and HEREBY DISCHARGES the Order to Show Cause without further action. Therefore, the Court will not dismiss this case. Plaintiff shall be bound by the schedule set at the case management conference of March 17, 2008. (*See* Minute Entry, Docket No. 14.)

**IT IS SO ORDERED.**

Dated: April 1, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE