UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES SETTLE,

        Plaintiff,

  v.

WACKENHUT CORP et al,

        Defendant.

Case Number: CV07-05813 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Settle
4721 Nicol Commons #103
Livermore, CA 94550

Lisa Karen Garner
Gordon & Rees LLP
633 W. Fifth Street, 49th Floor
Los Angeles, CA 90071

Michelle Lynn Steinhardt
Gordon & Rees, LLP
633 W. 5th Street, Suite 4900
Los Angeles, CA 90074

Stephen Earl Ronk
633 West Fifth Street
49th Floor
Los Angeles, CA 90071

Dated: April 1, 2008

                                  Richard W. Wieking, Clerk
                                  By: Frank Justiliano, Deputy Clerk