1  James Settle
2  4721 Nicol Commons #103
   Livermore, CA 94550
3  925-998-0297
   In Pro Per
4


FILED
08 MAR 28 PM 12:41
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The United States District Court for the Northern District of California

~~SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ALAMEDA~~

JAMES SETTLE

    Plaintiff

v

WACKENHUT CORP, BONNIE SUTTERFIELD, DALE SCHMIDT, JANICE WOELFFER, DOES 1-10

    Defendants

CASE No. ~~VG07347918~~ C7-05813 JSW

REPLY TO ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED

    Plaintiff inadvertently mis-calendered the Case Management Conference date, due to the fact that his wife took his mail, which contained the information concerning the conference and he did not receive it until after he finished working the grave yard shift. Due to his fatigue he placed the wrong date in the wrong place in his calendar and thus missed the conference. He has now hired an assistant to help read the mail and to ensure he will not miss any more calendar dates. Case should not be dismissed at this time, as Plaintiff has taken the necessary steps to ensure this will not happen again.

Respectfully submitted,

March 28, 2008                    James Settle

1