James Settle
4721 Nicol Commons #103
Livermore, CA 94550
925-998-0297
In Pro Per

*In the United States District Court*
*For the Northern District of California*

~~SUPERIOR COURT OF THE STATE OF CALIFORNIA~~
~~FOR THE COUNTY OF ALAMEDA~~

|  |  |
|---|---|
| JAMES SETTLE ) | CASE No. ~~VG07347910~~ 07-05813 JSW |
| Plaintiff ) | MOTION AND ORDER FOR |
|  ) | DEFAULT JUDGMENT |
| v ) | AGAINST BONNIE |
|  ) | SUTTERFIELD |
| WACKENHUT CORP, BONNIE SUTTERFIELD, ) |  |
| DALE SCHMIDT, JANICE WOELFFER, DOES 1-10 ) |  |
| Defendants ) | : |

Comes now Plaintiff to file for a DEFAULT JUDGMENT against defendant Bonnie Sutterfield, as this defendant has failed to submit any answer to the complaint filed by Plaintiff against her.

Therefore, Plaintiff requests the court to enter this DEFAULT JUDGEMENT Forthwith and pray for the courts judgment against this particular defendant.

Respectfully submitted,

March 28, 2008                    James Settle

1