| Attorney or Party without Attorney:<br>JAMES SETTLE<br>4721 NICOL COMMONS # 103<br>LIVERMORE, CA<br>925-998-0297 | For Court Use Only |
|---|---|
| Plaintiff | FILED<br>08 APR 14 AM 9:08<br>CLERK, U.S. DISTRICT COURT<br>N. DISTRICT OF CALIFORNIA | ENDORSED FILED<br>ALAMEDA COUNTY<br>OCT 2 4 2007<br>CLERK OF THE SUPERIOR COURT<br>LYNN WILEY<br>By _____ Deputy |

Court and Judicial District and Branch Court:
Alameda County Superior Court Gale/Schenone Hall Of Justice Branch

Plaintiff: SETTLE
Defendant: WACKENHUT

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>~~VG07347918~~ |
|---|---|---|---|---|

C07-05813 JSW

At the time of service I was at least 18 years of age and not a party to this action.

I served copies of the SUMMONS (AND) COMPLAINT; CIVIL CASE COVER SHEET

Party Served:  BONNIE SUTTERFIELD

Address where the party was served:  2130 TRINITY CT
Martinez, CA 94553

I served the party.
a. By personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Oct. 21, 2007 (2) at: 1:27PM

The "Notice to the Person Served" (on the Summons) was completed as follows:
as an individual defendant.

Person Who Served Papers:
a. KENNETH L. FOSTER



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was:  $80.00
e. I am: (3) registered California process server
   (i)  Employee
   (ii) Registration No.:  #591
   (iii) County:  Contra Costa

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  Oct. 22, 2007

Judicial Council Form POS-010
Rule 982.9(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(KENNETH L. FOSTER)

settjs.8721