**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

April 23, 2008

RE:  CV 07-05813 JSW          JAMES SETTLE-v- WACKENHUT CORP

Default is declined as to Sutterfield on April 22, 2008.


                         RICHARD W. WIEKING, Clerk


                         by:  Hilary D. Jackson
                         Case Systems Administrator