1   STEPHEN E. RONK (SBN: 164333)
    JOSHUA B. WAGNER (SBN: 199570)
2   MICHELLE L. STEINHARDT  (SBN: 235149)
    GORDON & REES LLP
3   633 West Fifth Street, Suite 4900
    Los Angeles, CA  90071
4   Telephone:  (213) 576-5000
    Facsimile:  (213) 680-4470
5
    Attorneys for Defendants
6   THE WACKENHUT CORPORATION
    JANICE WOELFFER AND DALE SCHMIDT
7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10
    JAMES SETTLE, an individual          )   CASE NO. C 7-05813 JSW
11                                        )
                      Plaintiff,          )
12                                        )
              vs.                         )   DECLARATION OF MICHELLE L.
13                                        )   STEINHARDT IN SUPPORT OF
                                          )   THE WACKENHUT
14                                        )   CORPORATION; JANICE
    WACKENHUT CORP. BONNIE                )   WOELFFER AND DALE SCHMIDT
15  SUTTERFIELD, DALE SCHMIDT,            )   MOTION FOR SUMMARY
    JANICE WOELFFER, DOES 1-10,           )   JUDGMENT OR IN THE
16                                        )   ALTERATIVE MOTION FOR
                                          )   PARTIAL SUMMARY JUDGMENT
17                                        )
                                          )
18                    Defendants.         )   Date:  August 8, 2008
                                          )   Time:  9:00
19                                        )   Courtroom: 2
                                          )
20                                        )   [Filed and served concurrently with
                                          )   Notice of Motion and Motion for
21                                        )   Summary Judgment; Memorandum of
                                          )   Points and Authorities; Request for
22                                        )   Judicial Notice; and [Proposed]
                                          )   Order]
23                                        )
                                          )   (Alameda County Superior Case No.
24                                        )   VG07347918)
                                          )
25                                        )
                                          )
26                                        )
                                          )
27  _____)

28      I, Michelle L. Steinhardt, declare as follows:

        1.      I am an attorney at law, duly admitted to practice law in the United

                                        -1-

1  States District Court for the Northern District of California and am an associate

2  with the law firm of Gordon & Rees LLP, counsel of record for Defendant The

3  Wackenhut Corporation, Janice Woelffer and Dale Schmidt.  I have personal

4  knowledge of the following facts, and if called upon to testify, I could and would

5  competently testify to their truth and accuracy.  I submit this declaration in support

6  of Defendants' Motion for Summary Judgment, or in the alternative Motion for

7  Partial Summary Judgment.

8          2.      The deposition of James Settle was taken on June 26, 2008 in the

9  above-captioned action.  Attached hereto as Exhibit "A" are true and correct copies

10  of those pages of the Deposition of James Settle referred to in Defendants'

11  Memorandum of Points and Authorities in Support of Motion for Summary

12  Judgment, or in the alternative Motion for Partial Summary Judgment.

13          3.      Attached hereto as Exhibit "B" are true and correct copies of James

14  Settle's Application for Employment with Wackenhut.

15          4.      Attached hereto as Exhibit "C" is a true and correct copy of The

16  Wackenhut Corporation's employment policies.

17          5.      Attached hereto as Exhibit "D" are true and correct copies of

18  Reprimands by The Wackenhut Corporation of Employee James Settle.

19          6.      Attached hereto as Exhibit "E" is a true and correct copy of James

20  Settle's Complaint of Discrimination Under the Provisions of the California Fair

21  Employment and Housing Act, dated October 3, 2005.

22          7.      Attached hereto as Exhibit "F" is a  true and correct copy of a letter

23  dated December 23, 2005 from Patricia B. Marmon of The Wackenhut Corporation

24  to Patrick Onyeije, a Consultant with the State of California Department of Fair

25  Employment & Housing.

26          8.      Attached hereto as Exhibit "G" is a true and correct copy of a letter

27  dated January 19, 2006 from Paulette Nunez of The Wackenhut Corporation to

28  Dorothy Padilla, District Administrator of the State of California Department of

Fair Employment & Housing.

DECLARATION OF MICHELLE L. STIENHARDT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

9.    Attached hereto as Exhibit "H" is a true and correct copy of a Right-to-Sue Notice from the Department of Fair Employment & Housing, dated September 25, 2006 to Complainant, James Settle.

10.    Attached hereto as Exhibit "I" is a true and correct copy of the State of California Department of Fair Employment & Housing's Notice of Case Closure to James Settle, dated October 3, 2006.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 3d th day of July, 2008 at Los Angeles, California.

MICHELLE L. STEINHARDT