# Exhibit D

41 002
SAN FRANCISCO OFFICE



## EMPLOYEE REPRIMAND

NAME: _James Settle_  DATE: November 18, 2003

AREA: _Concord_  FACILITY: _ChevronTexaco_ S.S.#: _____

REASON FOR REPRIMAND: _I have Counseled James Settle
on several occasion about his late to
work. He has fail to comply and
inconvenient other co workers with
lateness. Any further lateness may result
in Reassignment and/or Termination From
Chevron Texaco Concord._

SUPERVISOR'S REMARKS:

_____

_____

_____

_____

SIGNATURE OF SUPERVISOR: _Lt Harvin Jackson_   DATE _11/18/03_

SIGNATURE OF EMPLOYEE: _____   DATE_____

By signing this form, the employee acknowledges receipt of this action.

Disposition of Form:  I Copy to Employee, 1 copy to Personnel File

W-W (8/1/94) 74127

72

TWC 0164

## TIME -OFF REQUEST FORM
### (For requests of hour(s) off, but not an entire shift)

Today's date: *2/26/05*                      Name: *James Suttle*

Post assigned: *Receptionst*               Shift: *Grave*

Day you need time off: *2/28/05*        Hours from *04 : 00* to *07 : 00*

Please explain why you need time off:  *Help my daughter move*

_____

_____

_____

_____

_____

**Approved? Yes / No**

Sergeant's signature: _____

Post covered by: _____
          Date         Officer's Name       Times Covered

           Date         Officer's Name       Time Covered

           Date         Officer's Name       Time Covered

Site Supervisor / Badge Coordinator signature: _____

73

TWC 0165

## EMPLOYEE CORRECTIVE ACTION NOTICE

VERBAL WARNING   1ST WRITTEN WARNING 2ND WRITTEN WARNING

NAME James Settle                           Date 12/29/04
POST Rover                                   Shift 1400 to 2200

Reason for Reprimand Unshaved and unprofessional appearance when reporting for duty

Today at approximately 1445 when you came to relieve Sgt.Talley at the V-T gate,you had clearly not shaved today..When I asked you why you had not shaved,you said that you had company and did not have time to shave and then you expanded on this to say that if you would have shaved,you would have been late..and then you went on to remark that I was the only one who seemed bothered by you being unshaven and that you had come to work on other occasions having not shaved and no one had said anything to you about this and you concluded these remarks by saying that you therefore thought that I was picking on you..

Since you felt picked on and you thought that only I was concerned about your unprofessional appearance,I asked a neutral member of the management team,Ms.Janice Woelffer,to see if she thought you were presentable..She concurred that it appeared to her that you had not shaved..And while she was on her way to the "V-T" Gate Ms Woelffer noticed that in your security cart was food & drink as well as a silver briefcase Please note that you have been told on other occasions that food and drink are expressly forbidden in carts as are non-job related items such as backpacks,personal brief cases,et.al

As you were given a Verbal non-written warning on 10/13/04,this will constitute a first Verbal Warning  on the issue of being Unshaven and a verbal non written for food,drink and for extraneous paraphernalia in your security cart..Be advised that a 2nd Written Warning can result serious consequences possibly resulting in removal from this Site.

_____
_____
_____
_____
_____
_____
_____

Supervisor's Remarks:

74

_____
_____
_____
_____
_____
_____
_____
_____
_____

Employee's Remarks: _____
_____
_____
_____
_____

Signature of Supervisor: _John Jelly_

Signature of Employee: _Refused to Sign_

By signing this form, the employee acknowledges receipt of this action


Distribution: Original copy to personnel file, 1 copy to employee 1, and 1 copy to site supervisor

75

TWC 0167

| | |
|---|---|
| **Talley, Art [Wackenhut]** | |
| **From:** | Talley, Art [Wackenhut] |
| **Sent:** | Wednesday, October 13, 2004 6:16 PM |
| **To:** | Talley, Art [Wackenhut] |
| **Subject:** | James Settle |

Today S/O Settle arrived unshaved..I advised him that in future he needed to arrive on time,in proper uniform and shaved according to Wackenhut and Chevron/Texaco standards..

76

TWC 0168

# Security Officer Absentee Report
## - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| SETTLE | JAMES | 12-25-04 | 0710 |

| Shift / Post Assigned | Date of Shift | Time of Shift |
|---|---|---|
| RECEPTION DESK #1 | 12-25-04 | 0700 |

| Type of Absence | ☐ Call Off | ☐ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

| Time arrived on post or left post early (if applicable) | | | |
|---|---|---|---|

Reason for Absence (explain)     WOKE UP LATE

| Report taken by | SGT. Richard Knatt |
|---|---|

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

**Coverage Information**

Coverage Required?  ☒ Yes  ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | | Post |
|---|---|---|---|---|
| BELL | MERCEDES | 0700 | To 0715 | RECEPTION DESK #1 |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |

| UBOT Involved? | ☒ Yes | ☐ No | If yes, how much? | ¼ Hrs |
|---|---|---|---|---|

| Hours Posted on Forecast Sheet? | ☒ Yes | ☐ No |
|---|---|---|

77

TWC 0169

# Security Officer Absentee Report

**Absentee Information**

| Last Name | **Settle** | | First Name | **James** | | Date 4/1/05 | Time 1430 |
|---|---|---|---|---|---|---|---|

Shift/Post Assigned
"A" Reception

Shift Date 4/2/05    Shift Time 0700

| Type of Absence | Call Off | | Tardy/Late X | | Left Early | | No Show |
|---|---|---|---|---|---|---|---|

Time Arrived on Post or Left Early (If Applicable)

Reason for Absence (Explanation)
Personal emergency

Report Taken By: Acting
CRO) Signature _____    Printed Name _____

**Sgt. Must Complete the "Calling for Open Post Coverage" Section Below**

**Coverage Information**

| Is Coverage Required? | | (Yes) | | No | |
|---|---|---|---|---|---|

Post (s) Covered By:

| Last Name | First Name | Times Covered | Post |
|---|---|---|---|
| VeRNick | Camille | 0700/1900 | "A" Recep |
| | | | |
| | | | |
| | | | |
| | | | |

| UBOT Involved? | Yes | (No) | If Yes, How Many |
|---|---|---|---|

| Hours Posted on Forecast Sheet? | (Yes) | No |
|---|---|---|

Sgt. Signature _____    Printed Name _____

TWC 0177

# Security Officer Absentee Report

| Absentee Information | | | | |
|---|---|---|---|---|
| Last Name **Settle** | First Name **James** | | Date<br>25-Mar | Time<br>2140 |
| Shift/Post Assigned<br>Reception | | | Shift Date<br>26-Mar | Shift Time<br>700 |
| Type of Absence | Call Off | Tardy/Late<br>X | Left Early | No Show |

| Time Arrived on Post or Left Early (If Applicable) | 1200 |
|---|---|

| Reason for Absence (Explanation) | Had an emergency |
|---|---|
| *Had emergency* | |

| Report Taken By: | | | |
|---|---|---|---|
| CRO:  Signature | *[signature]* | Printed Name | Tim Rocca |

### Sgt. Must Complete the "Calling for Open Post Coverage" Section Below

| Coverage Information | | | | |
|---|---|---|---|---|
| Is Coverage Required? | Yes ✓ | | No | |

Post (s) Covered By:

| Last Name | First Name | Times Covered | | Post |
|---|---|---|---|---|
| *KAUR* | *MANJIT* | *0700* To *1200* | | *Reception* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| UBOT Involved? | Yes ✓ | No | If Yes, How Many Hrs? | *5* |
|---|---|---|---|---|

| Hours Posted on Forecast Sheet? | Yes ✓ | No |
|---|---|---|

| Sgt. Signature | *Lyle Mount* | Printed Name | *Lyle, Mount* |
|---|---|---|---|

# Security Officer Absentee Report
## - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| SETTLE | JAMES | 2\|1\|2005 | 12:56 |

| Shift / Post Assigned | | Date of Shift | Time of Shift |
|---|---|---|---|
| ROVER PATROL | | 2\|1\|2005 | 14:00 |

| Type of Absence | ☐ Call Off | ☑ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

| Time arrived on post or left post early (if applicable) | 1455 |
|---|---|

Reason for Absence (explain)   FAMILY ERRAND

| Report taken by | A.B. PEREZ |
|---|---|

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

**Coverage Information**

Coverage Required?  ☐ Yes  ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | | Post |
|---|---|---|---|---|
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |

UBOT Involved?  ☐ Yes  ☐ No   If yes, how much?   _____ Hrs

Hours Posted on Forecast Sheet?  ☐ Yes  ☐ No

80

TWC 0179

# Security Officer Absentee Report
## - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| SETTLE | JAMES | 12-18-04 | 0902 |

| Shift / Post Assigned | Date of Shift | Time of Shift |
|---|---|---|
| RECEPTION DESK #1 | 12-18-04 | 0700-1900 |

| Type of Absence | ☐ Call Off | ☐ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

| Time arrived on post or left post early (if applicable) | 0902 |
|---|---|

Reason for Absence (explain)   SINUSES ARE BAD. HAS A STOMACH ACHE. AND

HEARTBURN.

| Report taken by | Sgt. Richard Knott |
|---|---|

_Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side._

**Coverage Information**

Coverage Required? ☒ Yes  ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | | Post |
|---|---|---|---|---|
| BELL | MERCEDES | 0945 | To 1900 | RECEPTION DESK #1 |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |

| UBOT Involved? ☒ Yes ☐ No | If yes, how much? 9¼ Hrs |
|---|---|

| Hours Posted on Forecast Sheet? ☒ Yes ☐ No |
|---|

81

TWC 0181

# Security Officer Absentee Report
## - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| SETTLE | JAMES | 11-15-04 | 0810 |

| Shift / Post Assigned | Date of Shift | Time of Shift |
|---|---|---|
| ROVER 2 | 11-15-04 | 1400-2200 |

| Type of Absence | ☐ Call Off | ☐ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

Time arrived on post or left post early (if applicable)

Reason for Absence (explain)    IS HAVING PAIN IN HIS FOOT. AND WILL BE MAKING

AN APPOINTMENT TO SEE A DOCTOR TODAY.

Report taken by    SGT. Richard Knott

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

**Coverage Information**

Coverage Required? ☒ Yes ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | | Post |
|---|---|---|---|---|
| LOUIE | ABRAHAM | 1475 To 1500 | | ROVER 2 |
| KAUR | MANJIT | 1600 To 1800 | | ROVER 2 |
| LOUIE | ABRAHAM | 2000 To 2200 | | ROVER 2 |
| | | To | | |
| | | To | | |
| | | To | | |
| | | To | | |

UBOT Involved? ☒ Yes ☐ No    If yes, how much?    2 Hrs

Hours Posted on Forecast Sheet? ☒ Yes ☐ No

82

# Security Officer Absentee Report
## - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| Scott L | James | 10/26/04 | 1410 |

| Shift / Post Assigned | Date of Shift | Time of Shift |
|---|---|---|
| | 4 | |

| Type of Absence | ☐ Call Off | ☑ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

| Time arrived on post or left post early (if applicable) | 1410 | |
|---|---|---|

| Reason for Absence (explain) | Go to Downstairs School |
|---|---|

| Report taken by | |
|---|---|

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

**Coverage Information**

Coverage Required?  ☐ Yes  ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | Post |
|---|---|---|---|
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |

UBOT Involved?  ☐ Yes  ☐ No    If yes, how much? _____ Hrs

Hours Posted on Forecast Sheet?  ☐ Yes  ☐ No

83

TWC 0183

# Security Officer Absentee Report
## - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| Settle | Janos | 10/12/04 | 1737 |
| **Shift / Post Assigned** | | **Date of Shift** | **Time of Shift** |
| Nivra | | " | 1800 |

| Type of Absence | ☐ Call Off | ☒ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

Time arrived on post or left post early (if applicable)

Reason for Absence (explain)   Esu be late due to class letting out  por late

Report taken by  _[signature]_

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

**Coverage Information**

Coverage Required? ☐ Yes ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | Post |
|---|---|---|---|
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |

UBOT Involved? ☐ Yes ☐ No    If yes, how much?    Hrs

Hours Posted on Forecast Sheet? ☐ Yes ☐ No

84

TWC 0184

# Security Officer Absentee Report
## - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| SETTLE | JAMES | 10/5/4 | 1332 |

| Shift / Post Assigned | Date of Shift | Time of Shift |
|---|---|---|
| Rover 2 |  | 1400 |

Type of Absence:  ☐ Call Off   ☒ Tardy / Late   ☐ Left Early   ☐ No Show

Time arrived on post or left post early (if applicable)  **1453**

Reason for Absence (explain)  Will be 30 minutes late thought start
time was at 1500 instead of 1400.

Report taken by  Jeff Adams

_Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side._

**Coverage Information**

Coverage Required?  ☒ Yes   ☐ No

| Post (s) Covered By Last Name | First Name | Times Covered | Post |
|---|---|---|---|
| GARRISON | RICHARD | 1400 To 1445 | ROVER 2 |
|  |  | To |  |
|  |  | To |  |
|  |  | To |  |
|  |  | To |  |
|  |  | To |  |
|  |  | To |  |

UBOT Involved?  ☒ Yes   ☐ No    If yes, how much?  ¾ Hrs

Hours Posted on Forecast Sheet?  ☒ Yes   ☐ No

85

TWC 0185

# Security Officer Absentee Report
## - Security Department -

| Absence Information | | | |
|---|---|---|---|
| **Last Name** SKITTLE | **First Name** JAMES | **Date** 10-4-04 | **Time** 1457 |
| **Shift / Post Assigned** RECEPTION DESK #1 | | **Date of Shift** 10-4-04 | **Time of Shift** 1500 |

| Type of Absence | ☐ Call Off | ☐ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

| Time arrived on post or left post early (if applicable) | 1526 |
|---|---|

**Reason for Absence (explain)**  HAD TO GET SOME GAS FOR HIS CAR

**Report taken by**  SGT. Richard Knack

_Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side._

| Coverage Information | | | | |
|---|---|---|---|---|
| | | | **Coverage Required?** ☐ Yes ☒ No | |
| **Post (s) Covered By** | | | | |
| **Last Name** | **First Name** | **Times Covered** | | **Post** |
| | | To | | |
| | | To | | |
| | | To | | |
| | | To | | |
| | | To | | |
| | | To | | |
| | | To | | |

| UBOT Involved? | ☐ Yes | ☒ No | If yes, how much? | Hrs |
|---|---|---|---|---|
| Hours Posted on Forecast Sheet? | ☐ Yes | ☒ No | | |

86

TWC 0186

# Security Officer Absentee Report
## - Security Department -

| Absence Information | | | |
|---|---|---|---|
| Last Name **Settle** | First Name **James** | Date **9/26/04** | Time **1853** |
| Shift / Post Assigned **Reception** | | Date of Shift **9/26/04** | Time of Shift **1900** |

Type of Absence    ☐ Call Off    ☒ Tardy / Late    ☐ Left Early    ☐ No Show

Time arrived on post or left post early (if applicable)    **1924**

Reason for Absence (explain)    **James Settle called to say he was just leaving his house and he would be 20 min. late**

| Report taken by | **David Goldman** |
|---|---|

_Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side._

| Coverage Information | | | |
|---|---|---|---|
| | | Coverage Required?  ☐ Yes  ☐ No | |
| Post (s) Covered By | | | |
| Last Name | First Name | Times Covered | Post |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |

UBOT Involved?  ☐ Yes  ☐ No    If yes, how much? _____ Hrs

Hours Posted on Forecast Sheet?  ☐ Yes  ☐ No

87

TWC 0187

# Security Officer Absentee Report
### - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| Scott | James | 9/7/4 | 1331 |

| Shift / Post Assigned | | Date of Shift | Time of Shift |
|---|---|---|---|
| BR 1 | | 11 | 1400 |

| Type of Absence | ☐ Call Off | ☒ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

Time arrived on post or left post early (if applicable)  1428

Reason for Absence (explain)  Get out of class late may be 10-15 min
Late

| Report taken by | Jeff Adams |
|---|---|

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

**Coverage Information**

Coverage Required?  ☐ Yes  ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | Post |
|---|---|---|---|
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |

UBOT Involved?  ☐ Yes  ☐ No    If yes, how much?    Hrs

Hours Posted on Forecast Sheet?  ☐ Yes  ☐ No

88

TWC 0188

# Security Officer Absentee Report
## - Security Department -

| Absence Information | | | |
|---|---|---|---|
| Last Name SETTLE | First Name JAMES | Date 8-12-04 | Time 0550 |
| Shift / Post Assigned A · CIRCLE OFFICER / ROVER | | Date of Shift 8-12-04 | Time of Shift 0600 |

| Type of Absence | ☐ Call Off | ☐ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

Time arrived on post or left post early (if applicable)     0610

Reason for Absence (explain)   SET HIS ALARM CLOCK FOR THE WRONG TIME

Report taken by   SGT. Richard Knott

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

| Coverage Information | | | |
|---|---|---|---|
| | | Coverage Required? ☐ Yes ☐ No | |

**Post (s) Covered By**

| Last Name | First Name | Times Covered | Post |
|---|---|---|---|
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |

UBOT Involved?  ☐ Yes  ☐ No    If yes, how much?      Hrs

Hours Posted on Forecast Sheet?  ☐ Yes  ☐ No

89

TWC 0190

# Security Officer Absentee Report
## - Security Department -

| Absence Information | | | | |
|---|---|---|---|---|
| **Last Name** SETTLE | | **First Name** JAMES | **Date** 7-19-04 | **Time** 1506 |
| **Shift / Post Assigned** ROVER 2 | | | **Date of Shift** 7-19-04 | **Time of Shift** 1500 |

| Type of Absence | ☐ Call Off | ☒ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

**Time arrived on post or left post early (if applicable)**

**Reason for Absence (explain)**  HAD TO TAKE HES MOTHER TO THE HOSPITAL.

**Report taken by**  SGT. Richard Knott

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

| Coverage Information | | | | |
|---|---|---|---|---|
| | | | Coverage Required? ☒ Yes ☐ No | |
| **Post (s) Covered By** **Last Name** | **First Name** | **Times Covered** | **Post** | |
| CAREN | MIKE | 1500 To 1515 | ROVER 2 | |
| | | To | | |
| | | To | | |
| | | To | | |
| | | To | | |
| | | To | | |
| | | To | | |

| UBOT Involved? ☒ Yes ☐ No | If yes, how much? ¼ Hrs | 90 |
|---|---|---|
| Hours Posted on Forecast Sheet? ☒ Yes ☐ No | | TWC 0191 |

# Security Officer Absentee Report
- Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| SETTLE | JAMES | 7-1-04 | 0555 |

| Shift / Post Assigned | Date of Shift | Time of Shift |
|---|---|---|
| "A" CIRCLE | 7-1-04 | 0600 |

| Type of Absence | ☐ Call Off | ☒ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

Time arrived on post or left post early (if applicable)   0630

Reason for Absence (explain)    OVERSLEPT

Report taken by    Dale H. Schmidt / Donald S____

Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.

**Coverage Information**

Coverage Required?  ☒ Yes  ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | | Post |
|---|---|---|---|---|
| YOLONG TOOK IT FOR ½ HR | | 0600 | To 0630 | A - CIRC |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |

| UBOT Involved? ☒ Yes ☒ No | If yes, how much? | Hrs |
|---|---|---|

| Hours Posted on Forecast Sheet? | ☒ Yes | ☐ No |
|---|---|---|

91

# Security Officer Absentee Report
## - Security Department -

| Absence Information | | | |
|---|---|---|---|
| Last Name <br> ScMee | First Name <br> James | Date <br> 6/6/4 | Time <br> 0814 |
| Shift / Post Assigned <br> *Noloptuon* | | Date of Shift <br> ʌ | Time of Shift <br> 0700 |

| Type of Absence | ☐ Call Off | ☑ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

| Time arrived on post or left post early (if applicable) | 0 847 | |
|---|---|---|

Reason for Absence (explain)   *aen slept  will be in  in to more minits*

Report taken by   *Jeff Adams* *Jeff*

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

| Coverage Information | | | |
|---|---|---|---|
| | | Coverage Required? ☐ Yes ☐ No | |
| **Post (s) Covered By** | | | |
| Last Name | First Name | Times Covered | Post |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |

| UBOT Involved? ☐ Yes ☐ No | If yes, how much? | Hrs | |
|---|---|---|---|
| Hours Posted on Forecast Sheet? ☐ Yes ☐ No | | | 92 |

TWC 0193

# Security Officer Absentee Report
### · Security Department ·

| Absence Information | | | Date | Time |
|---|---|---|---|---|
| Last Name Settle | First Name James | | 4/27/04 | 1820 |
| Shift / Post Assigned Security for Stock holders meeting | | | Date of Shift 4/28/04 | Time of Shift 0700 - 1100 |

| Type of Absence | ☒ Call Off | ☐ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

Time arrived on post or left post early (if applicable)

Reason for Absence (explain)   unable to attend. Will call &
explain Tonight if situation changes

Report taken by   Edward Rice

---

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

---

| Coverage Information | | | Coverage Required? ☐ Yes ☐ No |
|---|---|---|---|
| Post (s) Covered By | | | |
| Last Name | First Name | Times Covered | Post |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |

UBOT Involved?  ☐ Yes  ☐ No   If yes, how much?   Hrs

Hours Posted on Forecast Sheet?   ☐ Yes  ☐ No

93

TWC 0194

# Security Officer Absentee Report
## - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| Settle | James | 04/16/04 | 07.53 |

| Shift / Post Assigned | Date of Shift | Time of Shift |
|---|---|---|
| Dayshift  "H" Dock | 04/16/04 | 0030 - 1700 |

| Type of Absence | ☐ Call Off | ☑ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

Time arrived on post or left post early (if applicable)  0900

Reason for Absence (explain)  Called to say was being held over from other job and would be on site "No later than 0845

Report taken by  Arthur Talley

---

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

---

**Coverage Information**

Coverage Required?  ☑ Yes   ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | Post |
|---|---|---|---|
| Lacy | Elgin | 0830 To 0900 | "H" Dock |
|  |  | To |  |
|  |  | To |  |
|  |  | To |  |
|  |  | To |  |
|  |  | To |  |
|  |  | To |  |

UBOT Involved?  ☐ Yes  ☑ No   If yes, how much?    Hrs

Hours Posted on Forecast Sheet?  ☑ Yes  ☐ No

94

# Security Officer Absentee Report
## - Security Department -

**Absence Information**

| Last Name | First Name | Date | Time |
|---|---|---|---|
| SETTLE | JAMES | 3-7-04 | 0726 |

| Shift / Post Assigned | Date of Shift | Time of Shift |
|---|---|---|
| RECEPTION DESK #1. | 3-7-04 | 0700 |

| Type of Absence | ☐ Call Off | ☐ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

Time arrived on post or left post early (if applicable)  **0726**

Reason for Absence (explain)  ALARM CLOCK DID NOT GO OFF.

Report taken by  SGT. Richard Knott

---

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

---

**Coverage Information**

Coverage Required? ☒ Yes  ☐ No

Post (s) Covered By

| Last Name | First Name | Times Covered | | Post |
|---|---|---|---|---|
| STEWART | IFE | 0700 | To 0730 | RECEPTION DESK #1. |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |
| | | | To | |

UBOT Involved? ☒ Yes  ☐ No  If yes, how much? ____ Hrs

Hours Posted on Forecast Sheet? ☒ Yes  ☐ No

95

TWC 0196

# Security Officer Absentee Report
## - Security Department -

| Absence Information | | | |
|---|---|---|---|
| Last Name **SETTLE** | First Name **JAMES** | Date **2-15-04** | Time **0710** |
| Shift / Post Assigned **RECEPTION DESK #1** | | Date of Shift **2-15-04** | Time of Shift **0700** |

| Type of Absence | ☐ Call Off | ☐ Tardy / Late | ☐ Left Early | ☐ No Show |
|---|---|---|---|---|

Time arrived on post or left post early (if applicable)   **0800**

Reason for Absence (explain)   **OVERSLEPT. DUE TO HES ALARM CLOCK NOT GOING OFF.**

Report taken by   **SGT. Richard Knott**

---

**Must Complete the "Calling for Open Post Coverage" worksheet on the reverse side.**

---

| Coverage Information | | | |
|---|---|---|---|
| | | Coverage Required? ☒ Yes ☐ No | |

Post (s) Covered By

| Last Name | First Name | Times Covered | Post |
|---|---|---|---|
| CHAMBERS | BELLY | 0700 To 0800 | RECEPTION DESK #1 |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |
| | | To | |

| UBOT Involved? ☒ Yes ☐ No   If yes, how much? **1** Hrs | |
|---|---|
| Hours Posted on Forecast Sheet? ☒ Yes ☐ No | |

96

**Buildings Protection Services**
**Incident Report**

Office Use Only

05|105-1

**Check the Appropriate Location**

Site: ☐ SF  Subsite: ☐ 225  ☐ 555  ☐ 575  ☐ Other _____
Site: ☐ CND  Subsite: Building  ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 575 Lennan Lane  ☐ Other _____
Site: ☑ SR  Subsite: ☐ 2400  ☐ 2410  ☐ 2527 Camino Ramon  ☐ 4000 Executive Pkwy.  ☐ Other _____

Room/Area

**Check the Incident**

☐ Theft  ☐ Vandalism  ☐ Trespass  ☐ Hazard  ☐ Suspicious Event  ☐ Medical  ☐ Fire  ☐ Odor  ☐ Leak  ☐ Alarm  ☑ Other

| Date/Time Occurred | Month/Day/Year TIME ⟶PERIOD OF 3/25/05 TO 5/10/05 MON THRU | Military Time APPROX 2200H ROVER WORK NIGHT STARTING TIME |
|---|---|---|
| Date/Time Reported | Month/Day/Year 5/11/05 | Military Time 0130 H |

Person Notifying Security  MYSELF

| Department SECURITY | Building | Room | Phone |
|---|---|---|---|

**Property**  ☐ Lost  ☐ Stolen  ☐ Damaged  ☑ Other SECURITY CART    Company Property: ☑ Yes  ☐ No

Description  INCONSESIDERATE BEHAVIOR (OUTGOING ROVER)

| Model Number | Serial Number |
|---|---|

| Location | Locked Up? ☐ Yes ☐ No | Value |
|---|---|---|

| If Vehicle Involved | Year | Color | Make | Model | License Number | State |
|---|---|---|---|---|---|---|

| Witness | | Building | Room | Phone |
|---|---|---|---|---|

| Suspect Description | Race | Sex ☐ Male ☐ Female | Height | Weight | Eyes |
|---|---|---|---|---|---|
| | Clothing | | | | |

**Narrative** (Use reverse side if necessary)  DURING THE TIME PERIOD FM 3/25/05 TO PRESENT TIME 5/10/05, WORK NIGHT AS A ROVER SUN TO THURS FM 2200H TO 0600. MON, TUE, WED, & THU NIGHT RELIEVING THE OUTGOING ON DUTY RIVER (SWING SHIFT 1400-2200) OUTGOING ROVER DOESN'T SHOWED ANY COURTESY AT ALL. @ ALL TIMES - HE ALWAYS HANDED ME A "BURNED-OUT" SECURITY CART BATTERY STATUS ARE EQUALS TO 2 OR 3 BAR DOWN POWER

| Report Taken by  PANCHO D. GUEVARRA | Date 5/10/05 |
|---|---|

**Real Estate Management Notification if Applicable**
☐ BRB  ☐ JEB  ☐ AG  ☐ WAP  ☐ BLS  ☐ BJT  ☐ CJW
☐ Corporate Security  ☐ BPS*  ☐ CND*  ☐ SF*  ☐ SR*

Time/Date

| Report Reviewed by | Date | 97 |
|---|---|---|

REM-261 (8-93)
Printed in U.S.A.

**Additional Information**

OR ALMOST ALL THE WAY DEAD THE LAST 3 WEEKS GET WORST VERY REDICOLOUS, ONE NIGHT I DID PATROL ON FOOT 'COZ THERE'S NO AVAILABLE CART (ON CHARGER = DEAD BATTERY) Till THIS PRESENT TIME IT'S HAPPENS, THEY EVEN LEFT THE CART SOME PLACE ELSE NOT ON THE REGULAR SPOT / PARKING AREA @ B/C LINK. THIS INCONSIDERATE AND UNPROFESSIONAL BEHAVIOR SHOULD NOT BE TOLERATED AND SHOULD BE CORRECTED ASAP.

**Supervisor's Comments**

**Supervisor's Name**

**Date**

**Follow-Up Information**

**Supervisor's Name**

**Date**

98

REM-261 (8-83)
Printed in U.S.A.

# EMPLOYEE REPRIMAND

x☐ Verbal Warning   ☑1st Written Warning ☐ 2nd Written Warning

Name: James Settle_____   Date_01/23/05

Post: ChevronTexaco Park Reception Desk        Shift:  graveyard

Reason for Reprimand: Reporting to work late, has been late numerous times and has been consoled about being late.

Supervisor's Remarks: It has been brought to my attention that James Settle has been warned about being late and that any Sgt. not giving him a written verbal warning will be written up also. His shift starts at 1900 hrs and this means at his or hers position ready to perform duties. This does not mean driving into parking lot. _James reporting in at 1903_

Employee's Remarks: _Richard Knott (SGt) gave Mercedes Bell 15 minutes of my time in which she did't work. She left after I arrived. I was here the remaining 12 minutes given to Ms Bell. I feel all write-ups are directed at minorties so we can be replaced. Reason I was 3 minutes late was due to changing watches and incorrectly setting the time_

Signature of Supervisor:__Sgt. Lyle Mount _Lyle Mount_

Signature of Employee:_____

By signing this form, the employee acknowledges receipt of this action

99

# Security Officer Absentee Report

**Absentee Information**

| Last Name **Settle** | | First Name **James** | Date 4/11/05 | Time 1059 |
|---|---|---|---|---|
| Shift/Post Assigned    Rover 2. | | | Shift Date 4/11/05 | Shift Time 1400 |

| Type of Absence | Call Off X | Tardy/Late | Left Early | No Show |
|---|---|---|---|---|

Time Arrived on Post or Left Early (If Applicable)

| Reason for Absence (Explanation) | Sister isn't doing well |
|---|---|

Report Taken By:
CRO: Signature                                   Printed Nam Jeff Adams

Sgt. Must Complete the "Calling for Open Post Coverage" Section Below

**Coverage Information**

Is Coverage Required?        Yes  X        No

Post (s) Covered By:

| Last Name | First Name | Times Covered | Post |
|---|---|---|---|
| Garrison | Richard | 1400 to 2200 | Rover |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| UBOT Involved? | Yes | No  X | If Yes, How Many Hr. |
|---|---|---|---|

| Hours Posted on Forecast Sheet? | Yes  X | No |
|---|---|---|

| Sgt. Signature  *Richard Knott* | Printed Nam R. Knott |
|---|---|

# Security Officer Absentee Report

**Absentee Information**

| Last Name | Settle | First Name | James | Date | Time |
|---|---|---|---|---|---|
| | | | | 4/10/05 | 1731 |

| Shift/Post Assigned | | Shift Date | Shift Time |
|---|---|---|---|
| | | 4/10/05 | 1900 |

| Type of Absence | Call Off | Tardy/Late | Left Early | No Show |
|---|---|---|---|---|
| | | | X | |

| Time Arrived on Post or Left Early (If Applicable) | 0500 |
|---|---|

**Reason for Absence (Explanation)** __ Had to pick up sister from hospital.

**Report Taken By:**
CRO:. Signature                                    Printed Name

Sgt. Must Complete the "Calling for Open Post Coverage" Section Below

**Coverage Information**

| Is Coverage Required? | Yes | No |
|---|---|---|

Post (s) Covered By:

| Last Name | First Name | Times Covered | | Post |
|---|---|---|---|---|
| | | | To | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| UBOT Involved? | Yes | No | If Yes, How Many Hrs? |
|---|---|---|---|

| Hours Posted on Forecast Sheet? | Yes | No |
|---|---|---|

Sgt. Signature                                    Printed Name

Security Officer Absentee Report.xlt Revision 1
___  Schmidt 12/14/04

TWC 0696

# Security Officer Absentee Report

| Absentee Information | | | | | |
|---|---|---|---|---|---|
| Last Name **Settle** | | First Name **JAMES** | | Date<br>4/18/05 | Time<br>1357 |
| Shift/Post Assigned<br>ROVER | | | | Shift Date<br>4/18/05 | Shift Time<br>1400 |
| Type of Absence | Call Off | | Tardy/Late<br>X | Left Early | No Show |

| Time Arrived on Post or Left Early (If Applicable) | 1409 |
|---|---|

| Reason for Absence (Explanation) | Will be 10 min late due to traffic |
|---|---|
| | |
| | |
| | |

| Report Taken By:<br>CRO:  Signature | Printed Nam Jeff Adams |
|---|---|

### Sgt. Must Complete the "Calling for Open Post Coverage" Section Below

| Coverage Information | | | | | |
|---|---|---|---|---|---|
| Is Coverage Required? | | Yes  X | | No | |
| Post (s) Covered By: | | | | | |
| Last Name | | First Name | Times Covered | | Post |
| CARRELLO | | RECHARD | 1400 To 1415 | | ROVER 2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| UBOT Involved? | Yes  X | No | | If Yes, How Many Hr: ½ HR |

| Hours Posted on Forecast Sheet? | Yes  X | No |
|---|---|---|

| Sgt. Signature  Richard Knott | Printed Name  RECHARD KNOTT |
|---|---|

102

# Exhibit E

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # E-200506-M-0526-00-re

EEOC # 37AA608014

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC

COMPLAINANT'S NAME (indicate Mr. or Ms.)
SETTLE, JAMES

ADDRESS
3110 Zuni Way

TELEPHONE NUMBER (INCLUDE AREA CODE)
925-461-3282

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|------|-------|-----|--------|-------------|
| Pleasanton | CA | 94588 | Alameda | 001 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
THE WACKENHUT COMPANY

ADDRESS
6001 Bollinger Canyon

TELEPHONE NUMBER (INCLUDE AREA CODE)
925-842-2115

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|------|-------|-----|--------|-------------|
| San Ramon | CA | 94583 | Contra Costa | 013 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])

☑ RACE  ☐ SEX  ☐ DISABILITY  ☐ RELIGION  ☐ NATIONAL ORIGIN/ANCESTRY  ☐ DENIAL OF FAMILY/MEDICAL LEAVE  ☐ SEXUAL ORIENTATION
☐ COLOR  ☐ AGE  ☐ MARITAL STATUS  ☐ MEDICAL CONDITION (cancer or genetic characteristics)  ☑ OTHER (SPECIFY) RETALIATION

| NO. OF EMPLOYEES/MEMBERS | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| 5000 | May 11, 2005 | 73 |

THE PARTICULARS ARE:

I.    On May 11, 2005, I was retaliated against for complaining of discrimination. On March 18, 2005, I was denied promotion. I was hired as a Rover/Receptionist on April 9, 2003. My current salary is $13.00 per hour.

II.   Mr. Dale Schmidt, Quality Assurance Manager, never gave me a reason for the denial of promotion.

III.  I believe that I was denied promotion and subjected to various forms of retaliations because of my race, African American and for participating in a protected activity. My belief is based on the following:

A.   In March 2005, I applied for the position of Control Room Operator. This position pays $15.50 per hour. I was well qualified for the position.

B.   On March 18, 2005 the position was awarded to Mr. Miguel Rouge, even though he was less qualified and had limited experience.

C.   In May 2005, I filed a complaint with my employer in which I alleged discrimination. On May 11, 2005, I was removed from post and transferred to another location with less pay.

D.   I believe that the adverse actions were predicated on my race and complaint of discrimination, which is a violation of FEHA.

RECEIVED

OCT   3 2005

Department of Fair
Employment and Housing

MAILED SEPTEMBER 1, 2005

☑ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated    9/30/05

At _____
        City

DFEH-300-01 (12/99)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

O:PO:gmt/jj

COMPLAINANT'S SIGNATURE

DATE FILED: 10/03/05

103

**TWC 0682**

STATE OF CALIFORNIA

# EXHIBIT F

The Wackenhut Corporation
4200 Wackenhut Drive, #100
Palm Beach Gardens, FL 33410
Telephone: 561-691-6484
Facsimile: 561-691-6591

December 23, 2005

VIA FACSIMILE
510-622-2951
And Certified Mail

Patrick Onyeije
Consultant
State of California
State and Consumer Service Agency
Department of Fair Employment & Housing
1516 Clay Street
Suite 701
Oakland, California 94612

Subject:      James Settle
Charge No.:   E-200506-M-0526-00-re
EEOC No.:     37AA608014

Dear Mr. Onyeije:

The Wackenhut Corporation (TWC) acknowledges receipt of the above-styled charge of discrimination set forth by Mr. James Settle. In his allegation, Mr. Settle claims he was discriminated against due to his race (African American), and retaliated against for having complained of discrimination. Please be advised that there is no merit to Mr. Settle's complaints and that they should therefore be dismissed.

Background
TWC provides physical security to business, government and professional clients who contract for our services. TWC has in place a Security Officer Handbook (Attachment A), which is distributed to all employees upon hire. This Handbook sets forth the company's expectations with respect to timeliness and attendance. In addition, the Handbook advises that no personnel have a vested interest in their assignments and can be transferred between accounts for a variety of reasons. Such reasons can range from client directed requests, to performance matters to staffing needs.

104

TWC 0144

Mr. Patrick Onyeije
December 23, 2005
Page Two

The charging party, Mr. James Settle, was hired by TWC and placed at the company's
account with Chevron. There were a number of concerns regarding Mr. Settle's work
performance that ranged from his not performing duties while instead doing homework to
serious concerns regarding his attendance. The following is an outline of counseling
sessions and attendance problems regarding Mr. Settle:

| | |
|---|---|
| 11/18/03 | Reprimand, poor attendance |
| 2/15/04 | Late for work |
| 3/7/04 | Late for work |
| 4/16/04 | Late for work |
| 4/28/04 | Absent |
| 6/6/04 | Late for work |
| 7/1/04 | Late for work |
| 7/19/04 | Absent |
| 8/12/04 | Late for work |
| 9/7/04 | Late for work |
| 9/26/04 | Late for work |
| 10/4/04 | Late for work |
| 10/5/04 | Late for work |
| 10/12/04 | Late for work |
| 10/13/04 | Verbal warning, appearance |
| 10/26/04 | Late for work |
| 11/15/04 | Absent |
| 12/18/04 | Absent |
| 12/25/04 | Late for work |
| 12/29/04 | Reprimand, appearance, having food and drink at work |
| 1/23/05 | Written warning; tardiness |
| 2/1/05 | Late for work |
| 3/26/05 | Late for work |
| 4/2/05 | Late for work |
| 4/10/05 | Late for work |
| 4/11/05 | Absent |
| 4/18/05 | Late for work |

Documentation supporting all of the above is submitted at Attachment B.

In March of 2005, Mr. Settle applied for a promotion to the position of Control Room
Operator (CRO). Mr. Settle was not selected for this position in large part due to his poor
attendance. In addition, Mr. Settle was not able to demonstrate the computer skills
necessary for the position. His race had absolutely no relationship to this decision.

105

TWC 0145

Mr. Patrick Onyeije
December 23, 2005
Page Three

**REDACTED**

We respond to the particulars of Mr. Settle's charge as follows:

I.    On May 11, 2005, I was retaliated against for complaining of discrimination. On March 1, 2005, I was denied promotion. I was hired as a Rover/Receptionist on April 9, 2003. My current salary is $13.00 per hour.

**Response**    TWC vigorously denies that Mr. Settle was retaliated against. It is true that Mr. Settle was denied a promotion, but the position in question was filled in June of 2005, and not March 1, 2005 as he alleges. Mr. Settle was denied this promotion due to his poor attendance record and insufficient computer skills. Mr. Settle currently earns $13.79 per hour and not $13.00 per hour as he claims.

II.    Mr. Dale Schmidt, Quality Assurance Manager, never gave me a reason for the denial of promotion.

**Response**    Mr. Settle was not promoted because of his poor attendance record and insufficient computer skills for the position in question.

III.    I believe that I was denied promotion and subjected to various forms of retaliation because of my race, African American and for participating in a protected activity. My belief is based on the following:

A.    In March 2005, I applied for the position of Control Room Operator. This position pays $15.50 per hour. I was well qualified for the position.

**Response**    On or about March 15, 2005, Mr. Settle did apply for the position in question. His attendance did not warrant the promotion, and he did not have sufficient computer skills for the position in question. While Mr. Settle claimed to have proficient abilities in Microsoft applications, when asked to demonstrate his abilities, Mr. Settle was unable to perform a rudimentary ability at file creation and manipulation in a timely manner.

B.    On March 18, 2005 the position was awarded to                    , even though he was less qualified and had limited experience.

**Response**                    was given the position effective June 4, 2005. Mr. Settle's "March 18" date is incorrect. While            had been with the company for approximately one (1) month, he had significant computer experience.

C.    In May 2005, I filed a complaint with my employer in which I alleged discrimination. On May 11, 2005, I was removed from post and transferred to another location with less pay.

**Response**    Mr. Settle did make a complaint to Ms. Bonnie Sutterfield, project manager, that he felt he was "discriminated against" after he was spoken to about his excessive tardiness.

Mr. Patrick Onyeije
December 23, 2005
Page Four

Subsequently, it was discovered by Ms. Sutterfield that Mr. Settle had falsified patrol
reporting logs. Ms. Sutterfield reported that a check of Mr. Settle's patrol logs against his
access card recordings indicated discrepancies, and as a result she was requesting his
removal from the site. A meeting was subsequently held with Mr. Settle at which he
received union representation. During this meeting, Mr. Settle was offered, and accepted,
a FLEX officer position paying $14.00 per hour.

Mr. Settle worked in this capacity for several weeks until TWC had a new job start up in
Livermore, California at GE Access. Mr. Settle assisted with the start up as a FLEX
officer. There was a permanent position available at the site with a $13.79 pay rate. Mr.
Settle indicated that he would be interested in this position because of its convenient
distance from his residence. As a result, he was offered and accepted the position.

    **D.**   I believe that the adverse actions were predicated on my race and complaint of
                discrimination, which is a violation of FEHA.

<u>Response</u>    TWC denies Mr. Settle's allegations.

We respond to the agency's questionnaire as follows:

> 1.   State why the complainant was not selected for the position(s) of Control
>      Room Operator and provide substantiating documentation.

Mr. Settle was not selected for the position of Control Room Operator (CRO) because:

- He had a poor attendance record at the Chevron San Ramon site.
- When asked for a good recommendation, none of the four (4) shift sergeants
  would recommend Mr. Settle for the position.
- When asked for a good recommendation, his previous supervisor at the Concord
  Chevron facility       would not recommend Mr. Settle based on his poor
  work performance at that site.

> 2.   Describe any requirements of the job that complainant did not meet.

Mr. Settle was unable to demonstrate a rudimentary ability at file creation and
manipulation in a timely manner. However, his attendance and punctuality record was an
important determining factor.

> 3.   Explain the selection process utilized in hiring for the position(s) of
>      Control Room Operator.

The selection process for the CRO position consisted of:
-Interviewing candidates from a pool of interested parties from current staff and those
sent by the branch office.
-Comparing resumes and past work histories of all applicants.

107

Mr. Patrick Onyeije
December 23, 2005
Page Five

-Requesting recommendations from security supervisors of current security staff on in-
house applicants and references on individuals who were not current employees.
Investigative follow-ups on the references were conducted.
-Comparing interview input from security administration staff members.
-Selecting the consensus candidate for training.

> 4.   Describe the qualifications for the job(s) in question. Provide a copy of
> any written job description. If no written description exists describe in
> writing the qualifications and requirements for hire.

A successful candidate for the Security Control Room position must be:
-Trustworthy and honest
-Display excellent attendance
-Show an ability to learn and constantly improve
-Able to gain and hold the trust and respect of fellow security officers.
-Proficient with Microsoft applications.
-Flexible about scheduling
-Able to prove a track record of past superior job performance
-Able to multitask
-Able to work in a stressful environment/calm under pressure
-Able to react quickly and decisively when called upon
-Able to demonstrate a polite and professional demeanor over the radio, telephone,
intercom and E-mail systems at all times.
-Able to be a team player
-Able to assist in training fellow CRO candidates

> 5.   Provide copies of all interview notes, evaluation forms, internal
> correspondence, rating sheets, etc. generated in the selection process for
> the position in question.

Does not apply. (Only two individuals applied for the position in question.)

> 6.   Provide a copy of eligibility or ranking of candidates for the position in
> question and list the protected class of each person listed.

Does not apply. There was no ranking of candidates.

> 7.   Provide a copy of the employment application and resume for the
> complainant and all other applicants who applied for the position.

Settle employment application; **Attachment C**
        employment application; **Attachment D**


# REDACTED

108

TWC 0148

Mr. Patrick Onyeije
December 23, 2005
Page Six

8.     Provide a summary of applicant flow data relative to the selection process for the position in question, indicating the protected class, number of applicants who applied, were interviewed and hired or rejected.

Again, the only individuals who applied for the position were                (the successful candidate) and Mr. Settle.

9.     State the name, date of hire, race and salary of the successful candidate. Provide a copy of his/her application, resume and, if the applicant was an employee, his/her performance evaluations for the period of March 2003 to present.

            hired May 6, 2005, CRP Operator Chevron 6/4/05, Pay rate $15.50 per hour.

10.    State why the successful candidate was considered more qualified than the complainant, and provide substantiating documentation.

The salient point is that Mr. Settle was not considered for the position primarily because of his poor attendance record.              brought with him significant computer skills as well as a degree in computer technology.   While Mr. Settle has security experience, his computer skills are not as proficient as          ' are.

11.    List all hires for the position of Control Room Operator or comparable position by name, job title, date of hire and race for the period March, 2003 to present.

# REDACTED

12.    Provide a copy of the performance evaluations for complainant and similarly situated employees for the period of March 2003 to present.

Does not apply.

14.    Provide a description of race of your employees in your organization.

This question does not specify which segment of our organization.  For the specific Chevron site:

109

Mr. Patrick Onyeije
December 23, 2005
Page Seven

# REDACTED

In conclusion, TWC is an equal opportunity/affirmative action employer and has in place highly comprehensive policies that address equal treatment and intolerance for workplace harassment (EEO policy; **Attachment E—Sexual Harassment/Workplace Harassment Policy; Attachment F**). Mr. Settle was not promoted for legitimate and non-discriminatory reasons, i.e. his clearly substandard attendance and insufficient computer skills did not make him eligible for the CRO position. Finally, his continuing performance deficiencies caused him to be removed from the Chevron site. He has since been given another opportunity at a different TWC location.

If any additional information is required, please feel free to contact me.

Sincerely,


Patricia B. Marmon
Director, EEO/AA Programs


**Attachments**

110

# EXHIBIT G

The Wackenhut Corporation
4200 Wackenhut Drive, #100
Palm Beach Gardens, FL 33410
Telephone: 561-691-6484
Facsimile: 561-691-6591

January 19, 2006

<u>VIA OVERNIGHT MAIL</u>

Dorothy Padilla
District Administrator
State of California
State and Consumer Service Agency
Department of Fair Employment & Housing
1516 Clay Street
Suite 701
Oakland, California 94612

Subject:    James Settle
Charge No.: E-200506-M-0526-00-re
EEOC No.:   37AA608014

Dear Ms. Padilla:

The Wackenhut Corporation (TWC) provides the documents/information as requested via Subpoena, following notification to and approval by Mr. Antoine Wilson to mail the material for receipt by January 20, 2006, in lieu of appearance and presentation on January 18, 2006.

As requested, the following is provided:

1.    Any and all documents that evidence, discuss or otherwise indicate the resumes and interview notes of the candidates who applied for the Control Room Operator position during the relevant timeframe.

<u>Response</u>:

No notes were taken by Bonnie Sutterfield when she interviewed the only candidates for the position, James Settle and Miguel Ruiz.

The applications of these two individuals have been previously submitted with our December 23, 2005, position statement as Attachment C (Settle) and Attachment D (Ruiz).

111

TWC 0240

2.   The originals or legible copies of the Complainant's complete personnel file, including but not limited to, files maintained by the personnel/human resources officer, payroll/accounting office and any and all supervisor.

Response:

A complete copy of James Settle's personnel file is submitted at **Attachment 1.**

3.   Any and all documents that evidence, discuss or otherwise indicate the reasons why the Respondent decided to transfer the complainant to a Flex officer and ultimately to his current position.

Response:

We have no knowledge of any evidential documents as requested.  However, page four of our December 23, 2005, position statement explains or discusses that when it was determined that Mr. Settle had falsified patrol reporting logs a meeting was scheduled and held on May 17th in the San Francisco office with James Settle, Chuck Gatling (union representative), Rochelle Cooper and Bonnie Sutterfield present.  Ms. Sutterfield initiated the meeting in a good faith effort to move in a positive direction, knowing that James had a detrimental attendance and punctuality record (provided with December 23, 2005, position statement) on file.  It was understood at the beginning of the meeting that the site management team was not pleased with James's performance, and James was not satisfied with site management.  Ms. Sutterfield advised the union representative that it would be good to move in a positive direction with James and to give him an opportunity to move forward.   She stated that she would like to see James afforded an opportunity to work at a position above his current $13.00 pay rate.  Ms. Sutterfield offered James the position of FLEX officer at the pay rate of $14.00 per hour.  This would mean a transfer from Chevron and resolution to any current issues that he may have with site management.  Chuck Gatling, his union representative, agreed that this would be a good opportunity for James, and he requested that they be allowed to confer on the subject.  After a few minutes Mr. Gatling advised all parties that James had accepted the offer to transfer and move into the higher paying FLEX officer position.  The meeting concluded and James then met with Bob Rodeen, SNF Area Supervisor, to discuss the FLEX program and schedule.

If any additional information is required, please contact me directly.

Sincerely,


Paulette Nunez
EEO Analyst

Attachment

112

**TWC 0241**

# EXHIBIT H

STATE OF CALIFORNIA   State and Consumer Services Agency                    ARNOLD SCHWARZENEGGER, Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1515 Clay Street, Suite 701, Oakland, CA 94612-5212
(510) 622-2941 TDD (800) 700-2320 Fax (510) 622-2951
www.dfeh.ca.gov



September 25, 2006

JAMES SETTLE
3110 Zuni Way
Pleasanton, CA 94588

    RE:   E200506M0526-00-re/37AA608014
    SETTLE/WACKENHUT COMPANY, THE

Dear JAMES SETTLE:

### NOTICE TO COMPLAINANT

The above-referenced complaint of discrimination has been on file for one year. Government Code section 12965, subdivision (b), requires that you be given a right-to-sue notice.

This letter is that notice. You may bring a civil action on your own behalf in a Justice, Municipal or Superior Court of the State of California under the provisions of the California Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint within one year from the date of this notice.

You should be aware that DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Allan H. Pederson*

**Allan H. Pederson**
District Administrator

# EXHIBIT I



STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2941 TTY (800) 700-2320 Fax (510) 622-2951
www.dfeh.ca.gov

October 3, 2006


JAMES SETTLE
2161 Arroyo Court #2
Pleasanton, CA 94588

RE:    E200506M0526-00-re/37AA608014
       <u>SETTLE/WACKENHUT COMPANY, THE</u>

Dear JAMES SETTLE:

NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint that was filed with the Department of Fair Employment and Housing (DFEH) has recommended that the case be closed effective October 3, 2006.  Please be advised that this recommendation has been accepted.

Based upon its investigation, DFEH is unable to conclude that the information obtained establishes a violation of the statute.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

A Right-To-Sue Notice (DFEH-200-42) was issued on September 25, 2006.  As the Right-To-Sue Notice stated, according to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint.  This is also applicable to DFEH complaints that are filed under, and allege a violation of Government Code section 12948 which incorporates Civil Code sections 51, 51.7, and 54.  The civil action must be filed within one year from the date of the Right-To-Sue Notice.  However, if the civil complaint alleges a violation of Civil Code section 51, 51.7, or 54, an attorney should be consulted about the applicable statutes of limitation.  If a settlement agreement has been signed resolving the complaint, it is likely that your right to file a private lawsuit may have been waived.

114

TWC 0231

Notice of Case Closure
Page Two

This case may be referred to the U.S. Equal Employment Opportunity Commission (EEOC) for further review.  If so, pursuant to Government Code section 12965, subdivision (d)(1), your right to sue will be tolled during the pendency of EEOC's review of your complaint.

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Allan H. Pederson
District Administrator

cc:     Case File

Paulette Nunez
EEO Analyst
THE WACKENHUT CORPORATION
4200 Wackenhut Drive
Palm Beach Gardens, FL  33410

115

**TWC 0232**

# RECOMMENDATION FOR CLOSURE

**TO:** DISTRICT ADMINISTRATOR, Allan Pederson

**FROM:** CONSULTANT, Antoine Wilson

**DATE:** October 2, 2006
**CITY:** San Ramon
**COUNTY:** Contra Costa
**FILED DATE:** October 3, 2005
**SERVICE DATE:** October 12, 2005

CASE NUMBER: E200506 M-0526-00-re

CASE NAME: SETTLE/The Wackenhut Company

EEOC/HUD NUMBER: 37AA608014

| B E N E F I T S* | Persons Benefited | |
|---|---|---|
| | a. Settlement | $ |
| | b. Annualization | $ |
| | Total (a + b) | $ |
| | Benefit Codes | |

NATURE OF COMPLAINT: Cp alleged that he was denied promotion based on race and retaliated against for participating in a protected activity.

BASIS:    Race (African American)

DATE OF HARM:   May 11, 2005

DATE OF HIRE:   April 9, 2003

HARM:  Denied Promotion & Retaliation

POSITION:  Rover/Receptionist

**RECOMMENDATION:** (Check one)

| | | | |
|---|---|---|---|
| _ | 01 No Jurisdiction | _ | 17 Remedy Refused by Complainant |
| _ | 02 Complaint Withdrawn | _ | 18 Unsuccessful Conciliation |
| _ | 03 Complainant Not Available | _ | *19 Successful Conciliation |
| _ | 04 Complainant Failed to Cooperate | X | 20 No Probable Cause to Prove a Violation of the Statute |
| _ | 05 Insufficient Evidence To Prove Violation of Statute | _ | *22 Accusation Withdrawn: Settlement Signed |
| _ | 06 Complainant Elected Court Action | _ | 24 Accusation Withdrawn: Remedy Refused by Complainant |
| _ | *07 Resolved by Parties | _ | 25 Accusation Withdrawn: Complainant Elected Court Action |
| _ | *16 Negotiated Settlement/Field | _ | 26 Accusation Withdrawn: Administrative Dismissal |
| | | _ | 60 Successful Mediation |

**ATTACHMENTS:**

| | | | |
|---|---|---|---|
| _ | DFEH-200-10 (07) | _ | Settlement Agreement |
| _ | DFEH-600-06A,B,C (02) | X | Letter to Complainant |
| _ | DFEH-600-09A,B,C (06, 25) | _ | Memo to File |
| _ | DFEH-600-19 (01) | _ | Other (Specify) |
| _ | DFEH-600-21 (03, 04) | | |
| _ | DFEH-900-52 (60) | | |

**DISPOSITION:**

APPROVED: _____ BY:

District Administrator

DATE:

116

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On **July 3, 2008**, I served the within documents:

DECLARATION OF MICHELLE L. STEINHARDT IN SUPPORT OF THE WACKENHUT CORPORATION; JANICE WOELFFER AND DALE SCHMIDT MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

☒ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by DHL as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by Express Mail by U.S. post office as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

James Settle
4721 Nicol Commons, #103
Livermore, CA 94550
Tel: (925) 998-0297
*Plaintiff in Pro Per*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 3, 2008** at Los Angeles, California.

Kimberley M. Davison