```
STEPHEN E. RONK (SBN: 164333)
MICHELLE L. STEINHARDT (SBN: 235149)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys For Defendants
THE WACKENHUT CORPORATION
JANICE WOELFFER AND DALE SCHMIDT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SETTLE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WACKENHUT CORP. BONNIE SUTTERFIELD, DALE SCHMIDT, JANICE WOELFFER, DOES 1-10,<br><br>Defendants. | CASE NO. C 7-05813 JSW<br><br>**JOINT STIPULATION FOR ADMINISTRATIVE RELIEF** |

TO THE COURT:

The parties hereto, Plaintiff JAMES SETTLE and Defendants THE WACKENHUT CORPORATION ("TWC"), JANICE WOELFFER, and DALE SCHMIDT (hereinafter collectively referred to as the "Parties") hereby stipulate as follows:

Whereas, on March 14, 2008, Judge White ordered the Parties to proceed pursuant to the following schedule:

| | |
|---|---|
| Hearing Motion for Summary Judgment | August 8, 2008 |
| Close of Expert Discovery | August 30, 2008 |
| Discovery Cutoff | September 17, 2008 |

-1-

JOINT STIPULATION FOR MOTION FOR ADMINISTRATIVE RELIEF

| | | |
|---|---|---|
| 1 | Pre-Trial Conference | November 10, 2008 |
| 2 | Trial | December 11, 2008 |

Whereas, Defendants timely filed a Motion for Summary Judgment ("MSJ") with a hearing date ahead of the discovery cut-off date ;

Whereas, Defendants have engaged in initial written discovery and Plaintiff's deposition;

Whereas, on the Court's own Motion, Plaintiff was provided an extension of time to file an Opposition to Defendants MSJ ("Opposition"). The Opposition is due on or before August 15, 2008.

Whereas, on the Court's own Motion, the MSJ hearing date was continued from August 8, 2008 to November 7, 2008 based upon the Opposition extension;

Whereas, none of the other aforementioned dates were continued;

Whereas, based upon the current time line, Plaintiff's Opposition will be received fifteen days prior to expert discovery cut-off and approximately thirty days prior to discovery cut-off.

Whereas, Plaintiff has asserted more than sixteen causes of action against Defendants;

Whereas, in the interest of efficiency and judicial economy, Defendants relied upon the August 8, 2008 MSJ hearing date to determine what additional discovery, if any, would need to be completed prior to the discovery cut-off. Absent the relief requested herein, the parties will need to conduct potentially redundant and/or unnecessary discovery based on the change in the hearing date of the MSJ;

Whereas, the Parties will be prejudiced if the remaining initially ordered pre-trial and trial dates are not continued to be consistent with the original hearing date of the MSJ. The Parties will be in the final stages of trial preparation under Rule 16 if the current schedule is maintained;

Therefore good cause being shown, the Parties have agreed to continue the aforementioned dates in line with the original court ordered scheduled based upon

the continued MSJ hearing as follows:

| | |
|---|---|
| Hearing Motion for Summary Judgment | November 7, 2008 |
| Close of Expert Discovery | December 2, 2008 |
| Discovery Cutoff | December 19, 2008 |
| Pre-Trial Conference | February 9, 2009 |
| Trial | March 5, 2009 |

IT IS SO STIPULATED:

DATED: August __, 2008            GORDON & REES LLP

By_____
Stephen E. Ronk
Michelle L. Steinhardt
Attorney for Defendants
THE WACKENHUT CORPORATION,
JANICE WOELFFER AND DALE
SCHMIDT


DATED: August __, 2008            PRO SE

By_____
James Settle, Pro Se

WACK/1047944/5868033v.1

-3-

JOINT STIPULATION ADMINISTRATIVE RELIEF