1  STEPHEN E. RONK (SBN: 164333)
   MICHELLE L. STEINHARDT  (SBN: 235149)
2  GORDON & REES LLP
   633 West Fifth Street, Suite 4900
3  Los Angeles, CA  90071
   Telephone:  (213) 576-5000
4  Facsimile:  (213) 680-4470

5  Attorneys For Defendants
   THE WACKENHUT CORPORATION
6  JANICE WOELFFER AND DALE SCHMIDT

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  JAMES SETTLE, an individual        )   CASE NO. C 7-05813 JSW
                                       )
11                    Plaintiff,       )
                                       )
12           vs.                       )
                                       )   **[PROPOSED] ORDER
13                                     )   GRANTING JOINT
                                       )   STIPULATION FOR
14  WACKENHUT CORP. BONNIE             )   ADMINISTRATIVE RELIEF**
    SUTTERFIELD, DALE SCHMIDT,         )
15  JANICE WOELFFER, DOES 1-10,        )
                                       )
16                                     )
                                       )
17                                     )
                    Defendants.        )
18                                     )

19

20

21

22  Good cause appearing and pursuant to the terms of the Stipulation, the Court's

23  schedule is amended as follows:

24       Close Of Expert Discovery              December 2, 2008

25       Discovery Cutoff                       December 19, 2008

26       Pre-Trial Conference                   February 9, 2009

27

28

-1-
**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR MOTION FOR ADMINISTRATIVE
RELIEF**

1     Trial                          March 5, 2009

2

3   IT IS SO ORDERED:

4

5   Dated:

6                                         Jeffrey S. White
7                                         Unites States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28