1    STEPHEN E. RONK (SBN: 164333)
     MICHELLE L. STEINHARDT  (SBN: 235149)
2    GORDON & REES LLP
     633 West Fifth Street, Suite 4900
3    Los Angeles, CA  90071
     Telephone:  (213) 576-5000
4    Facsimile:  (213) 680-4470

5    Attorneys For Defendants
     THE WACKENHUT CORPORATION
6    JANICE WOELFFER AND DALE SCHMIDT

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10   JAMES SETTLE, an individual      )   CASE NO. C 7-05813 JSW
                                      )
11                    Plaintiff,      )
                                      )
12         vs.                        )   [PROPOSED] ORDER
                                      )   GRANTING JOINT
13                                    )   STIPULATION FOR
                                      )   ADMINISTRATIVE RELIEF
14   WACKENHUT CORP. BONNIE           )
     SUTTERFIELD, DALE SCHMIDT,       )
15   JANICE WOELFFER, DOES 1-10,      )
                                      )
16                                    )
                                      )
17                    Defendants.     )
                                      )
18   _____)

19

20

21
     Good cause appearing and pursuant to the terms of the Stipulation, the Court's
22
     schedule is amended as follows:
23
              Close Of Expert Discovery           December 2, 2008
24
              Discovery Cutoff                    December 19, 2008
25
              Pre-Trial Conference                February 9, 2009
26

27

28

---

**-1-**

1    Trial                                    March 5, 2009

2

3   IT IS SO ORDERED:

4

5   Dated:        08/15/08

6                                              Jeffrey S. White
                                              Unites States District Judge
7

8

9

10                                            Judge Jeffrey S. White

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28