1  James Settle
2  4721 Nicol Commons #103
   Livermore, CA 94550
3  925-998-0297
   In Pro Per
4



FILED

AUG 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6            IN THE UNITED STATES OF DISTRICT COURT

7            FOR THE NORTHER DISTRICT OF CALIFORNIA

8

9

10  JAMES SETTLE                          )    CASE N0. C 07-05813 JSW
                                          )
11            Plaintiff                   )    ANSWER TO SUMMARY
                                          )    JUDGMENT MOTION
12       v                                )
                                          )
13                                        )
                                          )
14  THE WACKENHUT CORP. BONNIE SUTTERFIELD, )
15  DALE SCHMIDT, JANICE WOELFFER, DOES 1-10  )  Date: _____
                                          )    Time: _____
16            Defendants                  )    Location: _____:
    ──────────────────────────────────────)    [Trial date: _____]
17

18       I.    Legal Standard for Summary Judgment

19            To withstand a motion for summary judgment, plaintiff must set forth

20  specific facts showing that there is a genuine issue of material fact in dispute. See Fed.

21  R. Civ. P. 56(e). A dispute about a material fact is genuine "if the evidence is such that a

22  reasonable jury could return a verdict for the non-moving party." Anderson v Liberty

23  Lobby, Inc. 477 U.S. 242, 248 (1986).  In the case at bear, plaintiff has numerous

24  issues of material facts in dispute, sufficient that a reasonable jury could and would

25
26  return a verdict for him.

27            The moving party asserts there are no material fact in genuine

1

dispute that would establish that Plaintiff was denied a promotion for a pretextual

reason. This is entirely untrue as plaintiff was denied a promotion supposedly for being

tardy. Plaintiff documents that he was not late for work, no more or less than other non-

Black employees; who when they were late were not written up or disciplined at all.

Furthermore, plaintiff asserts, the rule is, employees are allowed a three to five minute

grace period, and he was within that time frame and was still written up for being tardy

while white and other non-African American or Black co-workers were fifteen to thirty

minutes late and they were not reprimanded, written up or in any way disciplined for

their tardiness. Camille Larrea Vernick was tardy 15 to 45 minutes almost every time

she worked, most of her tardies was not documented nor was she reprimanded.

 Another example is Officer Veronica Torres is an example of this. She was late twice

and called off once during her probationary period. She was promoted twice, she was

allowed to advertise her business using company property and her supervisor did not

write her up or in any way discipline her for her tardiness. **Exhibit 1**

Plaintiff was denied promotions allegedly because he was not qualified.

Plaintiff attended Christian Brothers University, where he earned over one hundred

credit hours for classes such as computer applications (DOS, Excel, Words). Other

computer skills were learned by taking on line classes with Washington School of Law,

Regional Occupational Program (ROP), Fred Pryor Continuing Education, other

continuing education programs and H & R Block tax computer programs. **Exhibit 2**

Plaintiff worked for TWC from 2003 until the present. He started at the Chevron

site with high expectations for promotion. Plaintiff was 40 years of age and looking to

work at Chevron until retirement, whether he worked for TWC or Chevron. Plaintiff did not want to be a mediocre employee; he wanted to be an extraordinary employee.

Dale Schmidt and Bonnie Sutterfield decided that they weren't going to give plaintiff the opportunity. Ms. Sutterfield had no real management experience; she lacked many things and tried to hide them. She was promoted from a security officer through the ranks to site manager. She met so many people at Chevron until they would do anything for her and they wanted to keep her as a manager. She developed so much influence over TWC; she blocked all communications with them as long as she was site manager at Chevron. TWC knew if she presented an invoice it would be paid without question (said Denise Rose, Human Resource) and if she was removed TWC would lose the contract at Chevron. As a result they made her a Queen and turned a deaf ear to any concern of the employees at Chevron. Ms. Sutterfield was inconsistent in her authority. She would apply policy to one employee, but that same policy would not apply to another employee with the same situation. Ms Sutterfield used her preference in decision making. If you were someone she liked, she bent the rules, if not, and it was the policy for you. Mr. Schmidt already had several complaints on him form the cleaning crew, engineering and his own peers who were minorities. **Exhibit 3** Mr. Schmidt was an excellent control room operator (CRO). Chevron had just renovated and up graded the control room at a cost of over 2 million dollars. Ms. Sutterfield was required by Chevron executives to give a speech on the new control in another country. She knew nothing about the control room, so she sent Mr. Schmidt to give the speech and he was successful. A week later she had dinner with him and promoted him to management. Mr. Schmidt was another person who used his preference to manage the site. He targeted the plaintiff and other Blacks for removal from the site for bias reasons.

Art Talley was plaintiff's supervisor and he had problems with minorities too, and had been reported to Ms. Sutterfield on several occasions. He made a derogatory comment against Steve Rodriguez, a Mexican. He reprimanded Adie Holloway, who is Black and tried to send him home. Ms. Sutterfield threw that reprimand out and informed Mr. Talley that he did not have the authority to send anyone home. Mr. Talley attempted to document things on plaintiff, but Ms. Sutterfield never acted on them because she knew Mr. Talley was just trying to give plaintiff unjust reprimands. When Mr. Schmidt was promoted, he started enforcing things Mr. Talley had documented and adding some of his own. Mr. Dale Schmidt and Ms. Bonnie Sutterfield did not follow the company policies or ethics. The policy was used as a tool to remove people they personally did not like. Otherwise, if you were liked, the policy did not matter. They did not use any of the TWC ethics **Exhibit 4**. They used a Cause and Effect method of investigating plaintiff. As long as plaintiff was favorable to Ms. Sutterfield, he did not have any tardies, shaving or uniform issues. Mr. Schmidt went back to Mr. Talley's old reports on plaintiff and escalated them to have plaintiff removed. He threatened supervisors who were already afraid of Ms. Sutterfield and management. After eight months of a clean file, plaintiff's file was turned into a file full of reprimands that Mr. Schmidt instigated. Mr. Schmidt defamed plaintiff's name, calling him incompetent, ignorant and stupid. Aberto Perez was a CRO who worked in the control room with Mr. Schmidt. He heard Mr. Schmidt make these statements and will testify to it in a court of law **Exhibit 5** Mr. Schmidt had never had an encounter with plaintiff. The little Mr. Schmidt knew of plaintiff was that he is a Black man that he saw in the security camera. Even though the plaintiff couldn't see Mr. Schmidt, he could use the camera to zoom in on plaintiff.

Plaintiff was denied promotions and accused of things that were not a problem before Mr. Schmidt's promotion. All of the evidence Mr. Schmidt and Ms. Sutterfield used against plaintiff were things that happened in the past. If they were not a problem then, why did they become a problem later? In an email to Ms. Sutterfield, plaintiff named Mr. Schmidt, Mr. Talley and Ms. Janice Woelffer, who all helped in their discrimination against plaintiff. Ms. Sutterfield never addressed this email. **Exhibit 6** Plaintiff was immediately terminated from the Chevron site. Ms. Sutterfield did not use company policy concerning discrimination. **Exhibit 9**

On July 30, 2005, plaintiff had a meeting with Ms. Denise Rose, Human Resource for Chevron account. Ms. Rose admitted a company violation and that Ms. Sutterfield had committed a company violation against the many other people she had harmed and wrongly removed from the Chevron site. That meeting was recorded and Denise gave the plaintiff permission to use it. By allowing the plaintiff to continue the case, this is evidence that can be obtained through discovery **Exhibit 10**.

Mr. Ron Deloach, a Black supervisor was threatened by Mr. Schmidt on many occasions. Mr. Deloach wanted his affidavit read by the court and he will testify to Mr. Schmidt's racial discrimination perpetrated against minorities in general, Blacks in particular and plaintiff especially. **Exhibit 11**

Plaintiff was asked to work overtime, because management could not get other security officers to work. In an effort to help his supervisors and the site, plaintiff would finish one shift and go home and get five to six hours sleep and come back. Sometimes, he would present a "shadowed" face. However, supervisor personnel came to work with full beards and they were not disciplined. Plaintiff was the only person given a "test" as how to operate in the control room, as well as a typing test. Plaintiff passed all tests for the position and still was not

given the position, although he possessed all of the requisite skills from his knowledge of the computer, typing and overall skill in the control room

Plaintiff has exhausted all of his administrative remedies in that his union and the Area Manager Harold Harris has stated they will no longer assist him in his pursuit of gaining his position back to the Chevron facility. Note this is another item that will be proved through discovery (reference 9:D).

Plaintiff has proof that defendants have helped and assisted other non African American employees with their working in the control room. To the point that assistance was provided for them and they still could not pass the required tests to work in the control room, (see **Exhibit 12:a paragraph 2** )

Plaintiff was denied the opportunity to work in the Control Room as a CRO, because of his race African American and his age over forty. Mr. Dale Schmidt and Ms. Bonnie Sutterfield have gone out of their way to deny plaintiff an opportunity to work at the Chevron facility, by conspiring to keep him out of the control room and then by removing him from the site. Plaintiff presents the declarations of Art Talley and David Goldman, as proof of what he is alleging against the defendants for race and retaliation. **Exhibit 12**

Plaintiff's claim against Janice Woelffer is that she assisted Mr. Schmidt and Ms. Sutterfield in all of their endeavors against plaintiff. For example Ms. Woelffer assisted Mr. Schmidt and Ms Sutterfield by being inconsistent and basis in her investigation once she found other violations on other employees, she skipped them and pursued the issue on the plaintiff. On 5/5/05, Veronica Torres was not reprimanded for her tardiness, the plaintiff was reprimanded. See **Exhibit 1:B**

6

Plaintiff establishes (1) a prima facia case of discrimination that he is an African American man who was treated differently and to his detriment by defendants. (2) the employer must provide a legitimate, nondiscriminatory reason for its action and (3) if the employer can do so, the plaintiff must establish the employer's articulated reason was a "pretext" or cover-up, not a real or true reason, for the unlawful discrimination. Plaintiff proves this was a "pretext" as plaintiff has all the required education and experience for CRO position and he was still not promoted. Plaintiff has demonstrated his skills and abilities before and after he applied for this position. **Exhibit 13**

Plaintiff was not late for work sixteen times as alleged by defendants. Furthermore, plaintiff was not often late as alleged by defendants. Also, plaintiff alleges, the policy at the site is to allow a "grace period". Other security officers were given this "grace period" while plaintiff was not given this "grace period". Plaintiff did not show up to work unshaven in violation of company policy. Again to show how plaintiff was discriminated against, other security officers came to work with full beards and they were not written up. One of the supervisors came to work with a full beard. Supervisor John McDonald, see **Exhibit 14**, a picture of this supervisor.

As to Janice Woelffer and the four statements attributed to her. (1) Plaintiff did not have his lunch in his cart. His lunch was unopened and sealed. (2) Plaintiff did not have non-company literature in his cart, he had company procedures in his cart (3) Plaintiff did not "mess up" his cart. He cleaned them when no one else would. (4) Plaintiff would write his DAR ahead of time and then fill in the specific items as they occurred. His DAR was always accurate. Ms. Woelffer's activities and why she is included are why she should be a part of this suit.

Mr. Schmidt, before he was promoted, made disparaging remarks about African Americans in general and plaintiff specifically.

7

Once Mr. Schmidt was promoted, he carried out his plans as pertains to African Americans. He was directly responsible for the plaintiff leaving the site. The reasons plaintiff was forced to leave the site, were, Mr. Schmidt gave plaintiff a bogus test, instigated tardinesses, and false investigations.

As to plaintiff's interview with Mr. Schmidt for the position of CRO. No one else was given a typing test but plaintiff, (which he passed); plaintiff has the requisite computer skills, one of the programs he put together is currently being used on the site. **Exhibit 16**  Plaintiff did not have a poor attendance record; however Mr. Schmidt used old and distorted information to alleged plaintiff's poor attendance.

2. Discriminated against based on the basis of gender.

A non-African American female was trained over and over again and she still could not do the job, but because she was female she was allowed to get the position to the detriment of plaintiff.

A female was trained who had a tarnished attendance history. Just because she was a female is the only reason she was trained as a CRO. Ms. Sutterfield stated she would not train officers that had a poor attendance record, but this female was trained anyway. Ike Stewart was tardy 19 times, but she was still trained for the CRO position, although Ms. Sutterfield said she would not hire people who had a lot of tardies. Ms. Stewart had more tardies than plaintiff and yet and still she was trained for the position. See **Exhibit 17** Ms. Sutterfield hired the receptionist Ms. Veronica Torres's husband, Mr. Miguel Ruiz, because Ms. Torres wanted her to hire him, even though it is against company policy for a husband and wife to work at the same site. See **Exhibit 15** (reference **Exhibit 12:a paragraph 6**) Then Ms. Sutterfield hired him over the plaintiff and made him the highest paid CRO.

3. Plaintiff was discriminated against based on his age.

8

The candidates who were promoted to the position of CRO were under the age of forty and they were promoted to the detriment of plaintiff.

Conspiracy Claim Under 42 U.S.C section 1985

4. Mr. Schmidt and Ms. Sutterfield conspired to keep plaintiff from being promoted. Plaintiff can prove (1) two or more persons in any State –Mr. Schmidt and Ms Sutterfield; (2) conspire or go in disguise on the highway or on the premises of another they were on Chevron property when the acts occurred; (3) for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws or of equal privileges and immunities under the laws; plaintiff was denied a promotion. It was established that management talked about candidates before promoting them. Plaintiff had a good relationship with Ms. Sutterfield until Mr. Schmidt was promoted and then started his campaign to not only keep plaintiff from being promoted, but ultimately to have him removed for the site. The conspirators had a "meeting of the mind" to deprive plaintiff of the promotion.

Conspiracy Claim Under 42 U.S.C. section 1986

To prove conspiracy under 1986, plaintiff must show (1) the person has knowledge that any of the wrongs conspired to be done are about to be committed; both Ms. Schmidt and Ms Sutterfield knew that they preventing plaintiff from obtaining a promotion that at least Ms. Sutterfield was prepared to give him until she met and conspired with Mr. Schmidt.. (2) the person has the power to prevent or aid in preventing the commission of the wrongs conspired. Mr. Schmidt and Ms Sutterfield were the parties that determined who was promoted and who wasn't, so they meet these criteria. (3) the person neglects or refused to do so. Both Mr. Schmidt and Ms Sutterfield refused to promote plaintiff, so they meet this criteria as well.

Retaliation Plaintiff establishes a prima facie case of retaliation by showing when plaintiff complained to not only the site manager Ms. Sutterfield, but to Chevron authorities as well, plaintiff was removed form the site. Defendant could not articulate a legitimate no retaliatory explanation for their acts. Plaintiff has shown that defendant's proffered explanation was merely a pretext for the illegal removal from the Chevron site. *Sada v. Robert F. Kennedy Med. Ctr.*, 56 Cal. App. 4th 138, 155-156 (1997).

Harassment Plaintiff exhausted all of his administrative remedies through the human resources office at Chevron, the union, as well as plaintiff's own efforts to have management treat him in a fair and equitable manner. Plaintiff filed a claim of harassment with the DFHE.

Hostile Work Environment Everything plaintiff did while on the Chevron site was viewed by not only supervisors, but non supervisors as well who informed supervisors what plaintiff did or allegedly did. Most of the time, the reports made against plaintiff were negative and the reports were erroneous. For example, plaintiff was not tardy sixteen times, as stated by defendants' answer to this lawsuit. Management spoke to plaintiff in such a way as to make plaintiff weep with frustration, anxiety and fear, as management falsely accused him of various misdeeds and there was nothing plaintiff could do about it. Meanwhile, plaintiff watched other security officers at the site get away with things, like being tardy, calling off and using company material to promote a personal business, and not being reprimanded.

Slander Plaintiff has been directly injured by a statement that was false as to his profession, trade security officer control room operator. Defendants stated plaintiff could not perform computer operations sufficiently to be a CRO, when in reality plaintiff was a very accomplished CRO. Plaintiff was injured in that he was denied a position as a CRO.

Wrongful Termination Plaintiff satisfies the five elements necessary to prove wrongful termination; plaintiff was in an employer-employee relationship; plaintiff was terminated from the Chevron site; there is a connection (nexus) between the plaintiff's termination and his protected activity; the termination was not of legal cause and damaged plaintiff; plaintiff was damaged in that wages were lost, status was lost and eventually a position at the Chevron site was lost.

Falsely Imprisoned Plaintiff was confined at the site in that plaintiff could not leave until his relief came; he did not consent to the confinement; the confinement was intentional, without lawful privilege and for a appreciable length of time. Management even spied on plaintiff while he changed from his uniform to his civilian clothes. If plaintiff would have left the site, he would have been terminated, so plaintiff was falsely imprisoned.

Emotional Distress Defendants are guilty of extreme and outrageous conduct with the intention to cause or reckless disregard of the probability of causing, emotional distress, plaintiff was made to weep on several occasions due to the way and manner defendants spoke to and treated plaintiff; plaintiff  suffered severe and extreme emotional distress, plaintiff was made to weep by the way defendants spoke to and treated plaintiff; defendants actions were the actual and proximate causation of the emotional distress plaintiff suffered; Defendant's conduct was so extreme as to exceed all bounds of the usually tolerated behavior in a civilized community.

Negligent Infliction of Emotional Distress Plaintiff must prove emotional distress; plaintiff must prove defendant owes him a duty; that defendant breached that duty and caused plaintiff's emotional distress. Plaintiff must prove he suffered "serious" emotional distress which exists "if an ordinary reasonable person would be unable to cope with it." CACI Jury Instruction, No. 1620. Plaintiff has been seen by a therapist because of the treatment defendants have visited

upon him. Defendant's spoke to plaintiff in such a derogatory way and manner, plaintiff was forced to cry. See (**Exhibit 12:B**)

Punitive Damages There is sufficient evidence to show defendants acted with oppression, fraud or malice which would require defendants to pay punitive damages/.

For all of the reasons stated above, plaintiff should be allowed to have his case move forward and defendant's summary judgment should be denied.

8-15-08

James Settle                                    Date

| Page | Evidence: |
|------|-----------|
| **A** | Veronica was hired on 1/17/2005 |
| **B** | It was found that she was late twice and call off once |
| **C** | Policy concerning 90 day Probationary period {C:1}<br>Policy on using company equipment {C:2} |
| **D** | Promoted to Administration (Nonqualified):<br>D:1 – Schedule and Title<br>D:2 –  Email sent out with spelling errors<br>D:3 – Email sent out with grammar errors |
| **E** | Advertising her Cleaning Business at the A receptionist desk {C:2} |

**Exhibit 1**

## DeLoach, Ronald [Wackenhut]

| | |
|---|---|
| **From:** | Sutterfield, Bonnie (bsut) |
| **Sent:** | Friday, January 14, 2005 8:00 AM |
| **To:** | DeLoach, Ronald [Wackenhut] |
| **Cc:** | Woelffer, Janice (jwoe) (Janice.Woelffer); Schmidt, Dale H. (dhsc) |
| **Subject:** | RE: Weekly update |

Ron,

Thank you for the weekly update. I have do have a question regarding the B/C link power outage as I was not aware of this. Typically, a power outage would affect more that just one link. Can you be a little more specific for me please?

On another note, by now you will know that Ife is no longer with us. While she may have done well with the functions at the reception desk, the extreme amount of tardiness, call offs, general poor attitude (which was noticed by our customers) and unwillingness to participate a team member. All combined, this was not acceptable behavior to work at the ChevronTexaco (CVX) Global Headquarters reception desk. Veronica Torres will be taking over the swing-shift reception position on Monday, 1/17/05. Please stress with your staff that we are contracted to provide excellent service for the CVX Headquarters to our customers which includes displaying a higher caliber of professionalism at all times. Please keep me posted in regards to this, and the progress of the new team members Tim and Veronica.

Thank you,

*A*

-----Original Message-----
**From:** Schmidt, Dale H. (dhsc)
**Sent:** Thursday, May 05, 2005 11:04 AM
**To:** Opet-Ramirez, Lynn; Sutterfield, Bonnie (bsut); Woelffer, Janice (jwoe) (Janice.Woelffer)
**Subject:** Absenteeism

Janice,

I checked my records and found 2 tardies, and 1 absent for Veronica in March and 1 absent so far in May. Nothing else in my records. Another note of interest might be the 2 tardies, 1 left early, and 1 absent for James Settle in April. He has also been reported to be hiding out at night in Building "B" by Sergeants DeLoach and Talley. They are starting to feel frustrated by this situation.

Dale

**Dale H. Schmidt,** Quality Assurance and Training

**ChevronTexaco**
Reporting to Building Security
6001 Bollinger Canyon Road
San Ramon, CA 94538-2324

mail to: dhsc@chevrontexaco.com

*DeLoach will attest to this statement as False*

**B**

Message

**Knott, Richard (rhkn)**

Subject: FW: twcPolicyGuideline2.doc

# The Wackenhut Corporation
## Security Personnel Policies and Procedures
### ChevronTexaco Facilities Guideline

**Objective:**

This guideline is established to provide all new and permanent TWC officers assigned to ChevronTexaco a clear understanding of the policies, and the conduct expected to pass the probationary period, and to retain their assigned position.

**Policies:**



- All new officers selected to work at the ChevronTexaco Facility must pass a three-month probationary period before being considered for permanent assignment.

- TWC personnel as security contractors assigned to ChevronTexaco may not join the Chevron Federal Credit Union.

- Officers may join ChevronTexaco Health Quest once they have successfully passed the three-month probationary period. Continued membership in the fitness center requires officers to follow the guidelines that have been established. See memo dated 5/09/95.

- Officers may not leave the ChevronTexaco Facility while on duty, special assignment, or class for any reason unless approved by the TWC Manager.

The ChevronTexaco account is one of Wackenhut's most prestigious and largest contracts, which we have kept in excellent standing for over thirty years. A very high standard is applied when selecting officers to work at the ChevronTexaco Facilities. Because of this, officers assigned to the any of the sites are expected to:

- Always maintain a professional image. Appear alert and attentive to your duties.

- Wear the uniforms in a clean, neat, and well fitting manner.

- Always present themselves in a courteous and helpful manner.

- Must be knowledgeable of all of the assigned duties, guidelines, and policies.

- Respond to all calls (especially emergencies) even if on break or lunch.

- Bring up questions to your supervisor or security management when unsure, need clarification and/or assistance, everyone is here to help.

- The guidelines in the Wackenhut Handbook should be followed at all times. However certain exceptions have been made for this facility, check with your supervisor if unsure, which apply.

2/2/2004                                    C - 7

■    Always perform all duties in a safe manner.

## Officers must not at anytime:

■    Authorize or let anyone into the facility without the proper authorization.

■    Discuss or divulge information regarding security, CVX or BRES related issues with anyone. Questions will be directed to a BRES representative or to the TWC Account Manager.

■    Provide any information regarding a current or former employee or contractor to anyone. See "Employee Information Confidentiality" memo, dated 8/03/95.

■    Remove any CVX equipment, or ask anyone for property without the prior approval of the TWC Account Manager. This includes boxes, items that have been thrown away, or for destruction.

 ■    Use CVX equipment for personal or unauthorized use. This includes misuse of the computer, using equipment (i.e. any of the computers, security vehicle.) assigned to a post the officer is not working without approval of the security supervisor.

■    Use any of CVX's telephones for personal business unless it is an emergency, and is approved by the security Supervisor. All such phone calls must be documented in the DAR.

■    Behave in or participate any type of negative conduct (i.e. disrespectful behavior toward a supervisor, co-worker, employee or customer, behavior that may be offensive) while on duty.

■    Visit employees or contractors that are working, this includes other officers that are on duty. Even if you are on break or lunch, remember that the others are not.

 ■    Conduct business not pertaining to the reception desk, visit, relieve (other posts), or loiter around The "A" Reception desk. Keep in mind that this is the ChevronTexaco Reception area, and not a security station. Conducting business should be done in a area provided for security such as the security office.

■    Visit any of the Chevron facilities without the expressed approval of the TWC Account Manager.

09/14/2005 00:06 FAX 9258422348
A-1040

# Chevron Park Security Scheduling Forecast

## Week: 12-Sep-05 TO 18-Sep-05

| Week A | Monday 12-Sep-05 | Tuesday 13-Sep-05 | Wednesday 14-Sep-05 | Thursday 15-Sep-05 | Friday 16-Sep-05 | Saturday 17-Sep-05 | Sunday 18-Sep-05 |
|---|---|---|---|---|---|---|---|
| Special Coverage / Special Events | | | | | | | |
| Administration | 1030 - 1930 Torres | 1800 - 1900 Torres | 1000 - 1900 Torres | 1000 - 1900 Torres | 9/80 SCHEDULE Torres | | |

D : 1

| From: | Security San Ramon |
|---|---|
| Sent: | Monday, February 28, 2005 5:38 PM |
| To: | Sutterfield, Bonnie (bsut) |
| Subject: | Vt gate inercome not working properly |

**Follow Up Flag:** Follow up
**Flag Status:** Red

Dear Bonnie

A Chevron employee came to reception to let me know of some concerns he had. he said that the VT gate inercome is not working properly he stated that everytime he used it security could hardly hear him and he had to yell so security could understand what he was saying that it would cut off when they were speaking to him and there was a lot of static he barly understood what security said to him, that the guard always had to get out of his little guard house to understand what he was saying. I asked him for his cal and he told me it was bwbw but then when I looked him up in visitor manager to get his name I couldn't find him. Control operator told me to let you know about this, and not to write a service center ticket because this is security equipment.


Sincerely,
Veronica

*D:2*

o

1 of 1

## DeLoach, Ronald [Wackenhut]

**From:**      Torres, Veronica [contractor] [Contractor]
**Sent:**      Wednesday, November 30, 2005 12:16 PM
**To:**      Control Room Operators San Ramon
**Subject:**      RE: Direct Deposit request

Dae
just called branch and they are checking into your deposit account status, Patrick said he will call me back as soon as he finds out what's going on. I let you when
he calls be back

Thanks
Veronica.

**From:**      Control Room Operators San Ramon
**Sent:**      Wednesday, November 30, 2005 11:13 AM
**To:**      Torres, Veronica [contractor] [Contractor]
**Subject:**      Direct Deposit request

Veronica,

I submitted a change in my direct deposit account from one bank to another. This was submitted to Lynn on or about the first week of October. Can you follow up why it's taking so long for it to take effect? I thought it took about 4-6 weeks, but it's been almos 2 months now. I don't want to keep my old bank, but I don't want to miss my pay either. Thank you!!

Dae ji Kim
Security CRO & First Responder

Reporting to Business and Real Estate Services
Chevron Corporation
6001 Bollinger Canyon Road (A1293)
San Ramon, CA 94583-2324
(925) 842-2115

*D:3*

**From:**          Security San Ramon
**Sent:**          Monday, November 21, 2005 8:54 PM
**To:**            DeLoach, Ronald [Wackenhut]
**Subject:**       FW: Re: Your Classified Ad: Housecleaning /helper

---

**From:**          Paynes, Melvin C
**Sent:**          Monday, November 21, 2005 8:15 AM
**To:**            Security San Ramon
**Subject:**       RE: Re: Your Classified Ad: Housecleaning /helper

It just dawned on me that Friday is a holiday. Can she come Wednesday? If not, maybe tomorrow at the same time?

---

**From:**          Security San Ramon
**Sent:**          Friday, November 18, 2005 2:31 PM
**To:**            Paynes, Melvin C
**Subject:**       RE: Re: Your Classified Ad: Housecleaning /helper

Melvin

Maria wipes all blinds, mirrors, and dust picture frames.
Thank you so much for trying to get more clients for her Maria I really appreciate your help. She really needs the work.
THANK YOU.

---

**From:**          Paynes, Melvin C
**Sent:**          Friday, November 18, 2005 2:18 PM
**To:**            Torres, Veronica [contractor] [Contractor]
**Subject:**       RE: Re: Your Classified Ad: Housecleaning /helper

Does she do the blinds and dusting as well? I have a vacuum, the kitchen floor is laminate so wetmopping with clear water will be fine. I will check and see if I can get her some other clients in my area so that her trip out here will be lucrative for her.

Mel

---

**From:**          Torres, Veronica [contractor] [Contractor]
**Sent:**          Friday, November 18, 2005 10:07 AM
**To:**            Paynes, Melvin C
**Subject:**       FW: Re: Your Classified Ad: Housecleaning /helper

1

You can call me at my Cell 209-430-2084 if you have any questions or concerns

**From:** Security San Ramon
**Sent:** Friday, November 18, 2005 9:58 AM
**To:** Paynes, Melvin C
**Subject:** RE: Re: Your Classified Ad: Housecleaning /helper

Melvin

Thank you! for being interested in Maria's service the only thing is that she speaks Spanish and understands very little English. I've been translating to her what clients want.
Pleas let me know the service you want and for what days you need her.
Send me you address So I can get directions from map quest and have her start when you want.

Thanks again
Veronica

**From:** Paynes, Melvin C
**Sent:** Friday, November 18, 2005 9:33 AM
**To:** Security San Ramon
**Subject:** RE: Re: Your Classified Ad: Housecleaning /helper

Please, please, please have her call me at 707-628-7446 (cell) so that I can have her start for me as well.

Thanks Much

Mel

**From:** Security San Ramon
**Sent:** Friday, November 18, 2005 9:29 AM
**To:** Paynes, Melvin C
**Subject:** RE: Re: Your Classified Ad: Housecleaning /helper

Hi Melvin

Yes, she does go to Vacaville. Actually she starts cleaning a house in Vacaville this Monday. Maria rates for Vacaville are the following::
Flat Rates (Gas fee is included in rate, please keep in mind she coming from Tracy)
Initial cleaning $140( she cleans the whole house)
Once a week $80
Every other week $80
Once a month $100
Every day for 5 days for 6hrs day $350

**Service includes**
Cleaning kitchen, Dinning room, Living room, Bathrooms, Bedrooms, Hallways and Stairs

**Other services**

2

Washing clothes- additional $10 a day (no limit on clothes)
Ironing clothes- additional $15 a day (no limit on clothes)

Thank you
Veronica

**From:**    Paynes, Melvin C
**Sent:**    Friday, November 18, 2005 8:08 AM
**To:**      Torres, Veronica [contractor] [Contractor]
**Subject:** Re: Your Classified Ad: Housecleaning /helper

What is the rate for her services? Also, please find out if she will go to Vacaville.

Regards

Melvin





## WASHINGTON SCHOOL OF LAW

Graduate Tax Program
1124 West South Jordan Parkway, Suite B
South Jordan, Utah 84095

# CERTIFICATE OF COMPLETION

**STUDENT'S NAME:**     **JAMES SETTLE**

**FIELD OF STUDY:**     **TAXATION**

**COURSE NUMBER:**     **J602**

**COURSE TITLE:**     **BUSINESS EXPENSES, DEDUCTIONS & CREDITS**

**PROFESSOR:**     **ROBERT BURDETTE**

**NUMBER OF CLASS HOURS: (CPE/CLE):     22**
(NON-INTERACTIVE)

**DATE:**     **AUGUST 14, 2002**

**GRADE:**     **A**

In accordance with the standards of the National Registry of CPE Sponsors,
CPE credits have been granted based on a 100-minute hour.

**NASBA CPE SPONSOR REGISTRY NUMBER:**     **103037**

*Mary Thomas*

Signature of CEO or individual responsible for administration of continuing education

EX 2



## WASHINGTON SCHOOL OF LAW

Graduate Tax Program
1124 West South Jordan Parkway, Suite B
South Jordan, Utah 84095

# CERTIFICATE OF COMPLETION

**STUDENT'S NAME:**     **JAMES L. SETTLE**

**FIELD OF STUDY:**     **TAXATION**

**COURSE NUMBER:**     **J605**

**COURSE TITLE:**     **TAX. OF CORPORATIONS & SHAREHOLDERS**

**PROFESSOR:**     **RALPH LARSEN**

**NUMBER OF CLASS HOURS: (CPE/CLE):**     **20**
(NON-INTERACTIVE)

**DATE:**     **APRIL 1, 2003**

**GRADE:**     **A**

In accordance with the standards of the National Registry of CPE Sponsors,
CPE credits have been granted based on a 100-minute hour.

**NASBA CPE SPONSOR REGISTRY NUMBER:**     103037

*Mary Thomas*

Signature of CEO or individual responsible for administration of continuing education



## WASHINGTON SCHOOL OF LAW

Graduate Tax Program
1124 West South Jordan Parkway, Suite B
South Jordan, Utah 84095

# CERTIFICATE OF COMPLETION

**STUDENT'S NAME:**          **JAMES SETTLE**

**FIELD OF STUDY:**          **TAXATION**

**COURSE NUMBER:**          **J603**

**COURSE TITLE:**          **TAX ACCOUNTING**

**PROFESSOR:**          **ROBERT BURDETTE**

**NUMBER OFCLASS HOURS: (CPE/CLE):**          **8**
(NON-INTERACTIVE)

**DATE:**          **AUGUST 26, 2002**

**GRADE:**          **B-**

In accordance with the standards of the National Registry of CPE Sponsors,
CPE credits have been granted based on a 100-minute hour.

**NASBA CPE SPONSOR REGISTRY NUMBER:**          **103037**

*Mary Hoones*

Signature of CEO or individual responsible for administration of continuing education



## WASHINGTON SCHOOL OF LAW
Graduate Tax Program
1124 West South Jordan Parkway, Suite B
South Jordan, Utah 84095

# CERTIFICATE OF COMPLETION

**STUDENT'S NAME:**        **JAMES L. SETTLE**

**FIELD OF STUDY:**        **TAXATION**

**COURSE NUMBER:**        **J604**

**COURSE TITLE:**        **TAXATION OF PARTNERSHIPS & LLCs**

**PROFESSOR:**        **JOHN R. RILEY**

**NUMBER OF CLASS HOURS: (CPE/CLE):**        **26**
(NON-INTERACTIVE)

**DATE:**        **APRIL 1, 2003**

**GRADE:**        **A**

In accordance with the standards of the National Registry of CPE Sponsors,
CPE credits have been granted based on a 100-minute hour.

**NASBA CPE SPONSOR REGISTRY NUMBER:**        **103037**

Signature of CEO or individual responsible for administration of continuing education



## WASHINGTON SCHOOL OF LAW

Graduate Tax Program
1124 West South Jordan Parkway, Suite B
South Jordan, Utah 84095

# CERTIFICATE OF COMPLETION

**STUDENT'S NAME:**        **JAMES SETTLE**

**FIELD OF STUDY:**        **TAXATION**

**COURSE NUMBER:**        **J601**

**COURSE TITLE:**        **TAXATION OF INDIVIDUALS**

**PROFESSOR:**        **ROBERT BURDETTE**

**NUMBER OFCLASS HOURS: (CPE/CLE):        17**
(NON-INTERACTIVE)

**DATE:**        **MAY 4, 2002**

**GRADE:**        **C+**

In accordance with the standards of the National Registry of CPE Sponsors,
CPE credits have been granted based on a 100-minute hour.

**NASBA CPE SPONSOR REGISTRY NUMBER:**        **103037**

Signature of CEO or individual responsible for administration of continuing education



## WASHINGTON SCHOOL OF LAW

Graduate Tax Program
1124 West South Jordan Parkway, Suite B
South Jordan, Utah 84095

# CERTIFICATE OF COMPLETION

**STUDENT'S NAME:**      **JAMES SETTLE**

**FIELD OF STUDY:**      **TAXATION**

**COURSE NUMBER:**      **J601**

**COURSE TITLE:**      **TAXATION OF INDIVIDUALS**

**PROFESSOR:**      **ROBERT BURDETTE**

**NUMBER OF CLASS HOURS: (CPE/CLE):**      **17**
(NON-INTERACTIVE)

**DATE:**      **MAY 4, 2002**

**GRADE:**      **C+**

In accordance with the standards of the National Registry of CPE Sponsors,
CPE credits have been granted based on a 100-minute hour.

**NASBA CPE SPONSOR REGISTRY NUMBER:**      **103037**

*Mary Thomas*

Signature of CEO or individual responsible for administration of continuing education

# H&R BLOCK

## Completion Certificate for Tax Preparer Certification

THIS WILL VERIFY THAT

James Settle

**ATTENDEE**

99 El Camino Real, San Carlos, CA 94070

ADDRESS, CITY, STATE, ZIP CODE

### HAS SUCCESSFULLY COMPLETED

## *FARMERS/FISHERS/CLERGY RETURNS/SCHEDULES K-1*

*for Education Credit in the Amount of* $\underline{\smash{6}}$ *Clock Hours*

( $\underline{\smash{4}}$ hours Federal - $\underline{\smash{2}}$ hours California)

*The course of Instruction was held at*

851 Del Mar Avenue, San Jose, CA 95128

ADDRESS, CITY, STATE, ZIP CODE

| SEMINAR | CTEC # | Hours Approved | | Completed | |
|---|---|---|---|---|---|
| | | Fed | State | TOTAL | Date | Initials |
| The Farm Proprietorship | 1040-CE-0288 | 3 | 0 | | | |
| Assets and Accounting | 1040-CE-0289 | 3 | 0 | | | |
| More Dirt on Farming | 1040-CE-0290 | 3 | 0 | | | |
| Commercial Fishing Returns | 1040-CE-0247 | 3 | 0 | | | |
| Clergy Tax Return Seminar | 1040-CE-0248 | 3 | 0 | | | |
| K-1 Basics | 1040-CE-0294 | 2 | 1 | | | |
| Basis And At-Risk Limitations | 1040-CE-0295 | 2 | 1 | 3 | 8-19-04 | |
| Passive Loss Limitations | 1040-CE-0296 | 2 | 1 | 3 | 8-19-04 | |
| Alternative Minimum Tax And Credits | 1040-CE-0297 | 2 | 1 | | | |
| Pulling It All Together | 1040-CE-0298 | 2 | 1 | | | |

Verifier _____

California Tax Education Council Approved Provider Number: 1040

Date of Issuance  9/11/04

0764

# H&R BLOCK

*Completion Certificate for Tax Preparer Certification*

**THIS WILL VERIFY THAT**

*James Settle*

**ATTENDEE**

99 El Camino Real, San Carlos, CA 94070

**ADDRESS, CITY, STATE, ZIP CODE**

## HAS SUCCESSFULLY COMPLETED

## DISPOSITION OF ASSETS PART 1/ PART 2

*for Education Credit in the Amount of* 3 ___ *Clock Hours*

2 ___ *hours Federal -* 1 ___ *hours California)+*

*The course of instruction was held at*

5109 Mission Street San Francisco, CA.  94112

**ADDRESS, CITY, STATE, ZIP CODE**

| SEMINAR | CTEC # | Hours Approved | | Completed | |
|---|---|---|---|---|---|
| | | Fed | State | TOTAL | Date | Initials |
| Reviewing The Basics | 1040-CE-0159 | 2 | 1 | | | |
| Sale of Personal Residence | 1040-CE-0160 | 2 | 1 | | | |
| Installment Sales | 1040-CE-0161 | 2 | 1 | | | |
| Comprehensive Review | 1040-CE-0163 | 2 | 1 | | | |
| MACRS Review | 1040-CE-0282 | 2 | 1 | | | |
| Form 4797: Sales And Recaptures | 1040-CE-0283 | 2 | 1 | 6.78 3 | 10.13-04 | thv |
| Installment Sale of Business Property | 1040-CE-0284 | 2 | 1 | | | |
| Condemnations | 1040-CE-0285 | 2 | 1 | | | |
| Exchanges | 1040-CE-0286 | 2 | 1 | | | |
| Comprehensive Review Problem | 1040-CE-0287 | 2 | 1 | | | |

*Verifier* _____

*Date of Issuance* 10-25-04

# H&R BLOCK

## Completion Certificate for Tax Preparer Certification

THIS WILL VERIFY THAT

### JAMES SETTLE

ATTENDEE

*21565 Foothill Blvd, Hayward, CA*

ADDRESS, CITY, STATE, ZIP CODE

## HAS SUCESSFULLY COMPLETED

### RENTAL REAL ESTATE

*For Education Credit in the Amount of* __/8__ *Clock Hours*

( __12__ *hours federal -* __6__ *hours California)*

*The course of instruction was held from* __8/17/2001__ *to* __10/5/2001__ *at*

*1716 Decoto Rd, Union City, CA 94587*

ADDRESS, CITY, STATE, ZIP CODE

| SEMINAR | CTEC# | Hours Approved | | TOTAL | Completed | |
|---------|-------|------|-------|-------|------|----------|
| | | Fed | State | | Date | Initials |
| Welcome Back | 1040-CE-0203 | 2 | 1 | 3 | 8-17-01 | CS |
| Depreciation | 1040-CE-0301 | | | | | |
| Rental Basis | 1040-CE-0204 | 2 | 1 | | | |
| Limitations & Adjustments | 1040-CE-0205 | 2 | 1 | 3 | 8-24-01 | CB |
| Alternative Minimum Tax | 1040-CE-0244 | 2 | 1 | 3 | 8-31-01 | CB |
| Rental Real Estate Sales | 1040-CE-0302 | 2 | 1 | 3 | 9-7-01 | CB |
| Credits | 1040-CE-0206 | 2 | 1 | 3 | 10-5-01 | CB |
| Pulling It All Together | 1040-CE-0207 | 1 | 1 | 3 | 9-21-01 | CB |

Verifier __C. Blackwell__

Date of Issuance __Oct. 31, 2001__

0701

# H&R BLOCK

## Completion Certificate for Tax Preparer Certification
### THIS WILL VERIFY THAT

## James Settle
### ATTENDEE

99 El Camino Real, San Carlos, CA  94070
ADDRESS, CITY, STATE, ZIP CODE

### HAS SUCESSFULLY COMPLETED

## SOLE PROPRIETORSHIP/EMPLOYMENT TAXES

For Education Credit in the Amount of ___3___ Clock Hours
( _2_ hours federal - _/_ hours California)

The course of Instruction was held at

200 Serra Way, Space 16, Milpitas, CA  95035
ADDRESS, CITY, STATE, ZIP CODE

| SEMINAR | CTEC# | Hours Approved | | Completed | |
|---|---|---|---|---|---|
| | | Fed | State | TOTAL | Date | Initials |
| Cost of Goods Sold | 1040-CE-0334 | 2 | 1 | | | |
| Business Expenses | 1040-CE-0335 | 2 | 1 | | | |
| Other Issues | 1040-CE-0336 | 2 | 1 | | | |
| Summing It Up | 1040-CE-0337 | 2 | 1 | | | |
| Employment Tax Part 1 | 1040-CE-0275 | 2 | 1 | | | |
| Employment Tax Part 2 | 1040-CE-0276 | 2 | 1 | 3 | 8-6-04 | JB |

Verifier _Hershall E Boring_   Date of Issuance _8-18-04_
California Tax Education Council Approved Provider Number: 1040

# H&R BLOCK

## Completion Certificate for Tax Preparer Certification
### THIS WILL VERIFY THAT

_James Settle_
ATTENDEE

99 El Camino Real, San Carlos, CA 94070
ADDRESS, CITY, STATE, ZIP CODE

### HAS SUCESSFULLY COMPLETED

## CORPORATIONS/EXEMPT ORGANIZATIONS

_For Education Credit in the Amount of_ _18_ _Clock Hours_
_12 hours federal - 6 hours California)_

_The course of Instruction was held at_

2015 Camden Avenue, Ste. A-3, San Jose, CA 95124
ADDRESS, CITY, STATE, ZIP CODE

| SEMINAR | CTEC# | Hours Approved Fed | State | TOTAL | Completed Date | Initials |
|---------|-------|------|-------|-------|------|----------|
| Balance Sheets | 1040-CE-0191 | 2 | 1 | 3 | 7-13-04 | JG |
| Taxable Corporations | 1040-CE-0192 | 2 | 1 | 3 | 7-15-04 | JG |
| S Corporations Part 1 | 1040-CE-0193 | 2 | 1 | 3 | 7-20-04 | JG |
| S Corporations Part 2 | 1040-CE-0194 | 2 | 1 | 3 | 7-22-04 | JG |
| Liquidations and Reorganizations | 1040-CE-0195 | 2 | 1 | 3 | 7-20-04 | JG |
| Corporations – Summary Review | 1040-CE-0196 | 2 | 1 | 3 | 7-23-04 | JG |
| Introduction to Exempt Organizations | 1040-CE-0361 | 3 | 0 | | | |
| The Exempt Organization Return | 1040-CE-0362 | 3 | 0 | | | |
| Comprehensive Review | 1040-CE-0363 | 3 | 0 | | | |

Verifier _Oscar Robert_

Date of Issuance _7-27-04_

0784

# H&R BLOCK

## Completion Certificate for Tax Preparer Certification

THIS WILL VERIFY THAT

_James Settle_
ATTENDEE

99 El Camino Real, San Carlos, CA  94070
ADDRESS, CITY, STATE, ZIP CODE

### HAS SUCCESSFULLY COMPLETED

# INTRODUCTION TO BUSINESS ENTITIES/BUSINESS CREDITS/
# CHANGE OF ACCOUNTING METHODS

*For Education Credit in the Amount of* __3__ *Clock Hours*
( __2__ hours federal - __1__ hours California)

*The course of instruction was held at*

2151 Salvio Street, Suites C & D Concord, CA 94520
ADDRESS, CITY, STATE, ZIP CODE

| SEMINAR | CTEC# | Hours Approved Fed | State | TOTAL Completed | Date | Initials |
|---|---|---|---|---|---|---|
| Partnership Basics | 1040-CE-0307 | 2 | 1 | | | |
| Corporation Basics | 1040-CE-0308 | 2 | 1 | | | |
| S Corporation Basics | 1040-CE-0309 | 2 | 1 | | | |
| The State of LLCs/Choosing an Entity | 1040-CE-0310 | 2 | 1 | | | |
| Business Credits Part 1 | 1040-CE-0311 | 2 | 1 | | | |
| Business Credits Part 2 | 1040-CE-0312 | 2 | 1 | 3 | 8-21-04 | up |
| Change of Accounting Methods | 1040-CE-0320 | 3 | 0 | | | |
| Form 3115 Review | 1040-CE-0321 | 3 | 0 | | | |

Verifier: _William J. Williard_                                    Date of Issuance _8-21-04_
California Tax Education Council Approved Provider Number: 1040

# H&R BLOCK

## Completion Certificate for Tax Preparer Certification

### THIS WILL VERIFY THAT

**ATTENDEE**

JAMES SETTLE

### HAS SUCCESSFULLY COMPLETED

## INVESTMENT INCOME PART 1/PART 2

*for Education Credit in the Amount of __15__ Clock Hours*

( __10__ hours Federal - __5__ hours California )

*The course of Instruction was held at*

99 El Camino Real, San Carlos, CA 94070
ADDRESS, CITY, STATE, ZIP CODE

1060 Broadway, Millbrae, CA 94030
ADDRESS, CITY, STATE, ZIP CODE

| SEMINAR | CTEC # | Hours Approved Fed | State | Completed TOTAL | Date | Initials |
|---|---|---|---|---|---|---|
| Kiddie Tax | 1040-CE-0264 | 2 | 1 | 3 | 9-7 | LM |
| Interest Income | 1040-CE-0265 | 2 | 1 | 3 | 6-26 | LM |
| Dividends, Distributions, and Capital Gains | 1040-CE-0266 | 2 | 1 | 3 | 6-31 | LM |
| More Capital Transactions | 1040-CE-0267 | 2 | 1 | 3 | 6-3 | LM |
| The Cost of Investing | 1040-CE-0268 | 2 | 1 | 3 | 6-24 | LM |
| Comprehensive Review Problem | 1040-CE-0269 | 2 | 1 | | | |
| Investment Income From OID, REMIC, REIT | 1040-CE-0278 | 2 | 1 | | | |
| Investment Income From Commodity Options | 1040-CE-0279 | 2 | 1 | | | |
| And Small Business Stock | | | | | | |
| Foreign Tax Credit On Investment Income | 1040-CE-0280 | 2 | 1 | | | |
| Comprehensive Review | 1040-CE-0281 | 2 | 1 | | | |

*Verifier*

California Tax Education Council Approved Provider Number: 1040

*Date of Issuance*  9-9-04

0794

# H&R BLOCK®

## Attendance Certificate for Tax Preparer Certification
### THIS WILL VERIFY THAT

_____  James Settle
ATTENDEE

ADDRESS, CITY, STATE, ZIP CODE

## HAS SUCCESSFULLY COMPLETED

### EVERYONE'S RETURN

for Education Credit in the Amount of _21_ Clock Hours
(_14_ hours Federal - _7_ hours California)
The course of Instruction was held from _3/5/99_ to _5/16/99_ at
5109 Mission St. San Francisco, CA 94112

ADDRESS, CITY, STATE, ZIP CODE

| SEMINAR | CTEC # | Hours Approved Fed | State | TOTAL | Completed Date | Initials |
|---------|--------|------|-------|-------|----------------|----------|
| In The Beginning | 1040-CE-0143 | 2 | 1 | 3 | 3/5/99 | C.C. |
| Itemized Deductions | 1040-CE-0144 | 2 | 1 | 3 | 3/12/99 | C.C. |
| Those Wonderful Children | 1040-CE-0145 | 2 | 1 | 3 | 3/15/99 | C.C. |
| Caring for the Kids | 1040-CE-0146 | 2 | 1 | 3 | 3/26/99 | C.C. |
| Pay as You Go | 1040-CE-0147 | 2 | 1 | 3 | 5/12/99 | C.C. |
| Amended Returns and AMT | 1040-CE-0148 | 2 | 1 | 3 | 5/14/99 | C.C. |
| Conclusion - Summary Review | 1040-CE-0149 | 2 | 1 | 3 | 5/16/99 | C.C. |

Verifier _____ C. Caruthers _____  Date of Issuance _5/16/99_
California Tax Education Council Approved Provider Number: 1040

# H&R BLOCK

## Completion Certificate for Tax Preparer Certification
### THIS WILL VERIFY THAT

*James Settle*
ATTENDEE

99 El Camino Real San Carlos, CA 94070
ADDRESS, CITY, STATE, ZIP CODE
HAS SUCCESSFULLY COMPLETED

## PARTNERSHIPS

For Education Credit in the Amount of __9__ Clock Hours
( __6__ hours federal - __3__ hours California)

The course of instruction was held at

870-C Blossom Hill Rd San Jose, CA 95123
ADDRESS, CITY, STATE, ZIP CODE

| SEMINAR | CTEC# | Hours Approved Fed | State | TOTAL | Completed Date | Initials |
|---|---|---|---|---|---|---|
| The Partnership Return Part 1 | 1040-CE-0184 | 2 | 1 | 3 | 9-21-04 | MB |
| The Partnership Return Part 2 | 1040-CE-0185 | 2 | 1 | 3 | 9-24-04 | MB |
| Partnership Operation | 1040-CE-0186 | 2 | 1 | 3 | 9-28-04 | MB |
| Partnership Distributions Part 1 | 1040-CE-0187 | 2 | 1 | | | |
| Partnership Distributions Part 2 | 1040-CE-0188 | 2 | 1 | | | |
| Disposition of Partnership Interests | 1040-CE-0189 | 2 | 1 | | | |
| Review | 1040-CE-0190 | 2 | 1 | | | |

Verifier *Marshall Borne*

California Tax Education Council Approved Provider Number: 1040

Date of Issuance   *10-12-04*

0784

# H&R BLOCK

(PROVIDER NUMBER 0109)

*Attendance Certificate for Tax Preparer Certification*
THIS WILL VERIFY THAT

## James Settle

ATTENDEE

BUSINESS ADDRESS

*HAS SUCCESSFULLY COMPLETED*

## H&R Block Income Tax Course

*for Education Credit in the Amount of 66 Clock Hours.*
(45 Hours Federal - 21 Hours California)

*The Course of Instruction was Held on*  6/20/98  *to*  8/29/98  *at*

4125 MacArthur Blvd, Oakland, Ca 94619

ADDRESS, CITY, STATE, ZIP

*Verifier:*



Adelyn Hodson
California Tax Education Council Course Number: 1040 - QE - 0001

*Date of Issuance*  August 29, 1998



**SAN MATEO COUNTY OFFICE OF EDUCATION**
**REGIONAL OCCUPATIONAL PROGRAM**

# CERTIFICATE OF COMPLETION

## James Settle

Has successfully completed the course of instruction as approved by the State of California in

## Business Internship
### (Computerized Office Careers Community Classroom)

and has demonstrated competence in this field.  This Certificate of Completion is hereby awarded as a testimony to the student's skills and abilities.

County Superintendent of Schools

*Floyd Gonella*

Floyd Gonella, Ed.D.

ROP Administrator

*Diane Centoni*

Diane Centoni

Date

November 25, 1998

ROP Instructor

REGIONAL OCCUPATIONAL PROGRAM
San Mateo County Office of Education

# ROP

Catch the Spirit of Success

# OUTSTANDING ACHIEVEMENT AWARD

This award is presented to

# *James Settle*

who has been an exceptional student in job training classes at the
San Mateo County Regional Occupational Program.  This Merit Award
is given in recognition of outstanding effort and personal achievement.

Floyd Gonella, Ed.D.
County Superintendent of Schools

May 26, 1999

Date

Diane Centoni, ROP Administrator

May 26, 1999

Date







**Regional Occupational Program**

**San Mateo County Office of Education**

Floyd Gonella, Ed.D., County Superintendent of Schools

## TRAINEE PERFORMANCE REPORT
### Occupational Training

Name of trainee _James Seattle_    No. of working

Training Site _Franklin Bank_    days absent _____

This evaluation will be used as a basis for counseling with the student regarding progress on the job. It will be used to help determine a report card grade for the trainee. Please check square after each item.

| | Excellent | | Above Average | | Average | | Below Average | | Poor | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| 1. PERSONAL APPEARANCE<br>Dress and grooming appropriate | | ✓ | | | | | | | | |
| 2. ATTENDANCE<br>Is not late or absent without cause | ✓ | | | | | | | | | |
| 3. COOPERATION<br>Willing to help in team work effort | | ✓ | | | | | | | | |
| 4. RESPONSIBILITY<br>Complete job assignments effectively | | ✓ | | | | | | | | |
| 5. INITIATIVE<br>Recognizes and completes tasks which<br>need to be done | ✓ | | | | | | | | | |
| 6. APTITUDE FOR OCCUPATION OR<br>TRADE<br>Has characteristics necessary for success in<br>this occupation | ✓ | | | | | | | | | |
| 7. ABILITY TO GET ALONG WITH<br>OTHERS<br>Works harmoniously with and is accepted by<br>other employees | ✓ | | | | | | | / | | |
| 8. WILLINGNESS TO BENEFIT BY<br>TRAINING<br>Is interested in learning new work skills and<br>developing personally | ✓ | | | | | | | | | |
| 9. HOW WOULD YOU RATE GENERAL<br>PROGRESS?<br>Is the trainee making normal progress<br>comparable to other beginning employees | ✓ | | | | | | | | | |

Suggestions for improvement or comment _____

_____

_Franklin Bank_ _____ _M. Guerre_

**Firm Name**    **Coordinator**

_____

**Signed by**    **Date**

Thank you for your interest and participation
ROP is an Equal Opportunity/Affirmative Action Program



SAN MATEO COUNTY OFFICE OF EDUCATION

REGIONAL OCCUPATIONAL PROGRAM

# CERTIFICATE OF COMPLETION

## JAMES SETTLE

Has successfully completed the course of instruction as certified by the State of California in

## COMPUTERIZED ACCOUNTING

and has demonstrated competence in this field. This Certificate of Completion is hereby awarded as a testimony to the student's skills and abilities.

County Superintendent of Schools

Floyd Gonella, Ed.D.

ROP Administrator

Diane Centoni

Date

July 23, 2002

ROP Instructor

Patricia Perez-Rubio

Name _James Settle_
Date _____

# COMPUTERIZED ACCOUNTING
## ASSIGNMENT SHEET

For assignments in Century-21 textbook, read the chapter and then do ALL workbook assignments that accompany the chapter. Answer books are available so leave your completed workbook assignments in the workbook and check your own workbook. Return Answer Book immediately upon completion.

### Accounting Theory Module 1 - Accounting for a Proprietorship

_____ Chapter 1    - Text & Workbook
_____ Chapter 2    - Text & Workbook
_____ Chapter 3    - Text & Workbook
_____ Chapter 4    - Text & Workbook
_____ Chapter 5    - Text & Workbook
_____ See Instructor for Computer Review before taking test
_____ UNIT TEST 1 - CHAPTER 1 - 5 ( See Instructor)

_____ Chapter 6    - Text & Workbook
_____ Do computer problems 6-M & 6-C - Print and submit work
_____ Chapter 7    - Text & Workbook
_____ Chapter 8    - Text & Workbook
_____ Chapter 9    - Text & Workbook
_____ Chapter 10   - Text & Workbook
_____ Do computer problems10-M & 10-C - Print and submit work
_____ See Instructor for computer Review before taking test
_____ UNIT TEST 2 - Chapters 6 - 10 (See Instructor)
_____ WORKBOOK CHECK (Submit workbook for instructor to check)

### Computer Introduction Module

_____ Windows 95 Tour
_____ Numeric Data Entry disk (Get assignment sheet)
_____ Computer Concepts book (See Instructor for details)

### Computerized Accounting Module

_____ VIDEO TRANSFER (See Instructor for materials)
_____ Olympic cyclery
_____ Computerized Accounting 6.0 (Get assignment sheet)

**Manual Payroll (Optional Homework)**

**Spreadsheet Module**

_____✓_____ Off to Work with Excel 97 ( Assignment Sheet)

**Professional Accounting Software Module**

_____ QuickBooks Pro (See Instructor for text and assignment Sheet)

**Introduction to the Internet** (See Instructor for assignments)

**Other Computer Applications**

_____✓_____ Introduction to Word for Windows

**Basic Information Module**

_____✓_____ Attendance at ROP Job Finding Workshops
_____✓_____ Resume - Completed and approved by instructor and counselor
               Submit one copy to Instructor


** Statement of completion awarded upon completion of above assignments and
demonstration of proficiency.

PROGRESS REPORT

Date 12/03/98      Time 09:05 pm

ID#                Name JAMES SETTLE

| EXERCISE NUMBER | BEST SPEED | % | SPEED 2 | % | SPEED 3 | % | SPEED 4 | % | SPEED 5 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11340/100.0 | | 10260/100.0 | | 10260/100.0 | | 9900/100.0 | | 9540/ 98.1 | |
| 2 | 10560/100.0 | | 10560/100.0 | | 10080/100.0 | | 9840/100.0 | | 9360/100.0 | |
| 3 | 10800/100.0 | | 10740/ 98.3 | | 10440/100.0 | | 10440/100.0 | | 9900/100.0 | |
| 4 | 10560/100.0 | | 10080/100.0 | | 10080/100.0 | | 9840/100.0 | | 9840/100.0 | |
| 5 | 10800/100.0 | | 10080/100.0 | | 10080/100.0 | | 9840/100.0 | | 9840/100.0 | |
| 6 | 10620/100.0 | | 10260/100.0 | | 10260/100.0 | | 9720/100.0 | | 9720/100.0 | |
| 7 | 10560/100.0 | | 10320/100.0 | | 10080/100.0 | | 10080/100.0 | | 9840/100.0 | |
| 8 | 10560/100.0 | | 10320/100.0 | | 10080/100.0 | | 10080/100.0 | | 9840/100.0 | |
| 9 | 10320/100.0 | | 10080/100.0 | | 10080/100.0 | | 10080/100.0 | | 9600/100.0 | |
| 10 | 10500/ 99.0 | | 10300/ 98.1 | | 10000/100.0 | | 9700/ 99.0 | | 9700/100.0 | |
| 11 | 10440/100.0 | | 10320/ 98.2 | | 10260/100.0 | | 9960/ 98.2 | | 9000/100.0 | |
| 12 | 10800/100.0 | | 10080/100.0 | | 9840/100.0 | | 9840/100.0 | | 9840/100.0 | |
| 13 | 10800/100.0 | | 10560/100.0 | | 10080/100.0 | | 10080/100.0 | | 9360/100.0 | |
| 14 | 10260/ 98.2 | | 10260/100.0 | | 10080/100.0 | | 9900/100.0 | | 9720/100.0 | |
| 15 | 9600/100.0 | | 9600/100.0 | | 9360/100.0 | | 9360/100.0 | | 9360/100.0 | |
| 16 | 9600/100.0 | | 9600/100.0 | | 9120/100.0 | | 9120/100.0 | | 9120/100.0 | |
| 17 | 10440/100.0 | | 10440/100.0 | | 10260/100.0 | | 10080/100.0 | | 10080/100.0 | |
| 18 | 9600/100.0 | | 9360/100.0 | | 9360/100.0 | | 9360/100.0 | | 8880/100.0 | |
| 19 | 10320/100.0 | | 10080/100.0 | | 9840/100.0 | | 3.18504295437998402000000000000 | | | |
| 20 | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | |
| 21 | 9720/100.0 | | 9360/ 98.1 | | 9360/100.0 | | 9360/ 98.1 | | 9180/100.0 | |
| 22 | 10320/100.0 | | 10080/100.0 | | 9600/100.0 | | 9600/100.0 | | 9600/100.0 | |
| 23 | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | |
| 24 | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | |
| 25 | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | |
| 26 | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | |
| 27 | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | |
| 28 | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | |
| 29 | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | |
| 30 | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ 0.0 | | 0/ | |

**B**

# Expert Typing

# TEST RESULTS

**Student:** James Settle

**Lesson:** Test #13 Entire Keyboard

**Date:** May 04, 2005  5:12 PM

**Words Per Minute:** 45

**Adjusted Words Per Minute:** 43

**Accuracy:** 96

**Total Characters:** 673

**Total Errors:** 25

A



# SAN MATEO COUNTY OFFICE OF EDUCATION

Floyd Gonella, Ed.D., County Superintendent of Schools

May 14, 1999

TO:    *James Settle*
       *Computerized Office Careers - Irene Schaefer*

Congratulations! It is my pleasure, on behalf of the ROP Student Recognition Awards Committee, to announce that you have been selected as one of the top ROP students for the 1998-99 school year. Of the 6000 students in our programs this year, only 64 are receiving an Outstanding Student Award. Your award is:

### *$100 donated by "Franklin Bank"*

The check and a special certificate will be presented to you at our *"Catch the Spirit of Success"* Recognizing ROP's Top Achievers.

| | |
|---|---|
| WHERE: | San Francisco Airport Marriott Hotel |
| | 1800 Old Bayshore Highway (just south of Millbrae Avenue) |
| | Burlingame **(map is enclosed)** |
| WHEN: | Wednesday Evening, May 26 |
| | 7:00 - 8:30 p.m. |

This is a special night, and we hope you can be there to accept the award in person. We ask that you and your guests stay through the closing of the ceremony to demonstrate courtesy to all participants.

Enclosed are three invitations for you to hand out to family and friends. You are welcome to invite as many people as you want. People do not need an invitation to attend.

Please complete the attached card immediately and give it to your ROP instructor to return to me. Thank you and congratulations on your outstanding accomplishments in ROP!

All the best,

*Diane Centoni*

Diane Centoni, ROP Administrator
(650) 802-5411

**2 of 2**

Administrative and Student Services Division
Regional Occupational Program

101 Twin Dolphin Drive · Redwood City, California 94065-1064 · (650) 802-5400 · Fax (650) 802-5414



Office Number 4160

*Certificate of Achievement*

1999

Presented To

MEMPHIS TAX SERVICE

For Excellence In Electronic Tax Filing

Greg Giles
President

Andrew J. Priest
Vice-President

Rob Jones
Senior Account Manager

Tax Refund
Express