

Real World Training
*Your financial software
training experts*

6301 Gaston Avenue, Suite 777
Dallas, TX 75214
800-564-2688
www.realworldtraining.com

*James Settle*

Has completed the

Mastering QuickBooks Software Seminar

And has earned 14 CPE credits

Field of Study - Accounting

City/Date    *Oakland    June 26 & 27, 2000*

Sponsor    David J. O'Brien, CPA

Real World Training
Texas Sponsor ID #07200
NASBA Sponsor ID #105567

In accordance with the National Registry of CPE Sponsors, CPE Credits have been granted based on a 50 minute hour.



# Hilton Pleasanton
## at The Club

## PERFORMANCE FOR EXCELLENCE

THIS AWARD IS PRESENTED
TO RECOGNIZE THOSE
TEAM MEMBERS
WHO BEST DEMONSTRATE
EXCELLENCE
IN THE PERFORMANCE
OF THEIR DUTIES.

JAMES SETTLE
EMPLOYEE OF THE MONTH
AUGUST 2002

B

1 of 2



**CAREERTRACK**

*a division of PARK University Enterprises, Inc.*

9757 Metcalf Avenue • Overland Park, KS 66212 • www.careertrack.com

# CERTIFICATE OF ATTENDANCE

## Microsoft® Access - A Two Day, Hands-On Workshop

### 1.2 CONTINUING EDUCATION UNITS

*Presented to:* **JAMES SETTLE**      *Date:* **07/25/06**



CareerTrack has been reviewed and approved as an
Authorized Provider by the International Association for
Continuing Education and Training (IACET),
1620 I Street, NW, Suite 615, Washington, DC 20006.

*Mill B. Haze*
Executive Director & CEO

**FRED PRYOR SEMINARS**

*a division of PARK University Enterprises, Inc.*

9757 Metcalf Avenue • Overland Park, KS 66212 • www.pryor.com

# CERTIFICATE OF ATTENDANCE

## Advanced Microsoft® Excel

### 0.6 CONTINUING EDUCATION UNITS

**JAMES SETTLE**

*Presented to:* _____

*Date:* 04/11/06

I
A
C
E
T

**The Continuing Education Unit®**

Fred Pryor Seminars has been reviewed and approved as an Authorized Provider by the International Association for Continuing Education and Training (IACET), 1620 I Street, NW, Suite 615, Washington, DC 20006.

*Mill B. Haye*

Executive Director & CEO

**FRED PRYOR SEMINARS**
*a division of PARK University Enterprises, Inc.*

9757 Metcalf Avenue • Overland Park, KS 66212 • www.pryor.com

# CERTIFICATE OF ATTENDANCE

## Microsoft® Excel

### 0.6 CONTINUING EDUCATION UNITS

**JAMES SETTLE**

**04/10/06**

*Presented to:* _____    *Date:* _____



Fred Pryor Seminars has been reviewed and approved as an
Authorized Provider by the International Association for
Continuing Education and Training (IACET),
1620 I Street, NW, Suite 615, Washington, DC 20006.

*Mill B. Hays*
**Executive Director & CEO**



Certified
Public
Accountant

Thomas Neal

July 15, 2005

Dear Sir or Madam:

Please allow this letter to serve as a character and skills reference for James Settle. As a business colleague and friend, it is my pleasure and honor to testify for my friend. James has always been a hard working business colleague going above and beyond the call of his job. At no point and time have I ever witnessed any lackluster or mediocre performance.

James is very computer savvy in the use of Microsoft Word, Excel and the tax and accounting software used in the performance of his job. There have been occasions where he's used these programs to perform tasks for my business. James is very knowledgeable pertaining to his occupations, whether it's security or accounting.

In accounting, we have shared business ventures and client information. James has shared an office with me for four years. It would be unfathomable to believe he would be denied a promotion by working with him under these circumstances.

In my opinion, James Settle would be an asset to any business. I have enjoyed working with him and I look forward to working with him in the future.

Sincerely,

Thomas Neal, CPA

A

## Security San Ramon

**From:** Security San Ramon

**Sent:** Friday, February 27, 2004 10::23 PM

**To:** Sutterfield, Bonnie (bsut); Woelffer, Janice (jwoe) (Janice.Woelffer)

**Subject:** Complaint

Dear Bonnie & Janice,

I just want to send this you both because on Thursday night people were calling in on the radio and Dale never answered them. He just sat there reading the paper. Garrison asked why he didn't answer the radio but never gave him

an answer. Then on Friday night a Janitcr was having a problem with his badge and called control to ask about it and he told

the janitor it wasn't his problem, so then the janitor came the front desk to check his badge and it was working. Lyle went to

help the janitor to check if it worked and Lyle then found out that Dale didn't tell us that the system was down and that's why the

badge was not working. Then later that night I called to ask a question and he was very rude. I don't feel that his rudeness was call for.

I have heard many people make complaints about him and know that people have told me that I just have to get to know him but I have

been nothing but nice and polite to Dale. He has been nothing but rude to me and others. I don't know if he just want to sit in there

and be left alone reading his paper. But his rudeness is not necessary to his team mates. We are all suppose to work as a team. it doesn't

like Dale to wants to work with the team. Just wanted to let you know what happen here.

Thank You,
Rae Bouchard



*For Employees of Wackenhut Resources, Inc.*                    *Issue 99-3*

# FOCUS on **P**rofessionalism

## A Continuing Education Publication of The Wackenhut Corporation

# Professional Ethics

### ETHICS

Ethics deals with right and wrong. Good human relations are sustained by sound ethics. Ethical behavior involves doing the right thing—which involves much more than simply doing the legal thing. Ethics goes beyond legality to the basics of human interaction. Sometimes something may be legal but not ethical, like listening in on a telephone conversation. High ethical standards underscore professionalism.

Good human relations are bolstered by high ethical standards. In fact, the best way to destroy good human relations is to become known as a person of questionable professional ethics. Without question, there is a link between your ethical standards and the trust people put in you and in the company you represent.

### DEFINITION

Ethical behavior is manifested by conforming to universally accepted professional standards of conduct. But what are ethics? Webster's Dictionary defines ethics as:

- the discipline dealing with what is good and bad with moral duty and obligation
- a set of moral principles or values
- the principles of conduct governing an individual or a group

### CORE ETHICAL VALUES

The key to ethical behavior is in demonstrating commitment to core values. When





EX 4

you are conducting yourself ethically you demonstrate that by displaying:

➡ • integrity

- ➢ exercising good judgement in professional practice
- ➢ adhering to principles of fairness to everyone

- honesty

- ➢ truthfulness
- ➢ fairness
- ➢ sincerity
- ➢ trustworthiness

- fidelity

- ➢ faithfulness to your team
- ➢ allegiance to the customers' trust
- ➢ loyalty to your employer
- ➢ loyalty to the profession

- good will

- ➢ kindness
- ➢ caring
- ➢ tolerance
- ➢ compassion coupled with understanding
- ➢ adherence to the *Golden Rule*

- responsibility

- ➢ reliability and dependability
- ➢ accountability

- self-discipline

- ➢ acting with reasonable restraint
- ➢ not indulging in inappropriate behavior



PERSONAL ETHICS VERSUS
PROFESSIONAL ETHICS

Just as there is a link between ethics and the trust people put in you, there is a link between personal ethics and generally accepted professional ethics. Sometimes, in fact, they can conflict. The following may help you resolve such dilemmas:

- Is the action you are considering legal?



plain away unethical actions by justifying them with excuses.



4.    The *Self-Deception* Trap

> This is when people try to deceive others or appear to be greater than they are.

5.    The *Ends-Justify-the-Means* Trap

> This is when a person takes unethical actions to accomplish a desirable goal.

You should try to be aware of these traps. Take efforts to recognize and avoid them whenever possible.

## ETHICAL GOALS

You can minimize the danger of falling into ethical traps by setting specific ethical goals:

- tell the truth
- consider options
- be objective
- communicate clearly
- give credit
- act responsibly
- apply the Golden Rule – Do unto others as you would have others do unto you!

Ethical behavior is entirely within your control. You have it within your power to do the right thing all the time. Professionalism demands nothing less than that.

---

**More from the Corporate Library:**

**Videotapes:**

*Do Right II  (AV-255)*
*Attitude—LittleThing, Big Difference  (AV-1112)*

**Books:**

Culture's Consequences  (BK-211)
Career Tracking  (BK-274)

---



***Focus on Professionalism* is a publication
of
Wackenhut Training Institute**

© Copyright 1999
All Rights Reserved

- How would you see the problem if you were on the opposite side?

- What are the alternative solutions?

- Can you discuss the problem with someone whose advice you trust?

- How would you feel if your family, friends, employer, or co-workers learned of your actions?



**More Guidelines for Ethical Solutions**

The following additional guidelines will be helpful to you in determining a fair, ethical solutions to workplace challenges:

- Determine the facts - obtain all possible unbiased facts

- Determine the stakeholders - those who have an interest in the outcome

- Assess the motivations of the stakeholders

- Determine alternative solutions

- Evaluate the alternatives

- Seek additional assistance, as appropriate

- Select the best course of action

- Implement the selected solution

- Monitor and assess the outcome

### ETHICAL DECISION TRAPS

The following five traps could make ethical decisions relatively impossible:

1.    The *False Necessity* Trap

    ➢    This is when people act from the belief that they are doing what they must do. They convince themselves that they have no other choice, when in fact they are caving in to convenience or comfort.

2.    The *Doctrine-of-Relative-Filth* Trap

    ➢    This is when unethical actions sometimes look good when compared with the worse behaviors of others.

3.    The *Rationalization* Trap

    ➢    This is when people try to ex-



25363 Whitman Street Apartment 2
Hayward, CA
(510) 781-2000
APER510@AOL.COM

James Settle
3110 Zunniway
Pleasanton, CA 94588

Re: Wackenhut/ Chevron Texaco, San Ramon, CA

Dear Mr. Settle,

This acknowledges your request to provide a statement referencing my
observations about the work conditions as related to you (James Settle) at
Chevron Corporation, formerly Chevron Texaco, while employed for Wackenhut
Corporation as a control room operator between April 2004-March 2005.
I am writing this letter because you have told me, that when you filed a
grievance for discrimination that the account manager Bonnie Sutterfield
alleged (blaming me) that I was causing the discrimination at Wackenhut/Chevron
Corporation. This is absuloutely outrageous! This is insulting to you, and
defamatory. And, demonstrates the incompetence and how desperate Bonnie is to
conceal her intentions.
As you will see, I was non-participant in the smear and harassment campaign you
underwent-that Bonnie Sutterfield and Dale Schmidt were administering against
you.

During my tenure as a control room operator, I observed, heard, and documented
the quality assurance manager, Dale Schmidt, speak derogatory information and
discuss unprivileged communication about mister James Settle, Security Officer.
Dale Schmidt had been a former control room operator, who was promoted to
Quality Assurance and Training.  Within weeks of his promotion, Dale Schmidt
frequently  disparaged  mister  James  Settle  and  discussed  privileged
communication about mister J. Settle work performance as well as planned
disciplinary, and actions taken on mister J. Settle.  I observed that Dale
Schmidt had a tendency to embellished events for the purpose of making a case.

Among other Wackenhut employees, which Schmidt told me were targeted for
termination, Schmidt forecasted J. Settle as a target for termination.   I
believed Dale Schmidt targeted J. Settle due to mere bias.   Dale Schmidt
ridiculed your speech mannerisms and language use and called you names.
Rather, than to providing structured counseling and proper training to see you
succeed, Dale Schmidt created a smear campaign against you and pitted first
line supervisors in attempt to destroy your character and have you removed.
I perceived Dale Schmidt had created a hostile environment.

I really felt Schmidt's behavior was extremely unprofessional, demeaning, and
disrespectful for him to discuss co-workers personal matters and treat you this
way. I, also, noticed that first line managers, like Arthur Talley, were
looking for any discrepancy in your James work performance to aid their plans
to remove you. It appeared that you were being hunted.
At one point, I became really tired with Schmidt obnoxious and unprofessional
attitude, that I raised the above issues with the account manager, branch
manager, and even corporate official. I prepared a very generous file on the
issues and provided a copy to the Security Officers Union. Unfortunately, my
complaints fell on deaf ears. I believe that you were treated unjustly.

Alberto Baladejo-Perez

6/5/2005

E X 5

## Security San Ramon

**From:** Security San Ramon
**Sent:** Sunday, May 08, 2005 11:45 PM
**To:** Sutterfield, Bonnie (bsut)
**Subject:** Being Fair to James Settle

Dear Bonnie,

Around 1/24/05, I spoke to you about being harassed by Art and Dale. I also had problems with Janice, but they were minor. My major problems were with Art and Dale. Dale was harassing and discriminating against me. Art was harassing me and talking in a condescending way. Janice would back them up without any proof that there was an incident. However, after our talk around 1/24/05 all those problems ceased.

Recently, Janice, Dale and Art have started again by trying to put together something fabricated against me without talking to me or proof. Credit union door had been left unlock, I should of checked it; my radio was not picking up transmissions, I was not responding to my radio; I suppose to be hiding out in the B bldg., not doing my job and continuing to be tardy.

The day the credit union was left open; I was told and given new instructions by Richard Knott to check the perimeter starting at 1900. If the radio is malfunctioning and the battery is fine, how can I respond? Far as hiding in the B bldg., this is where I take my breaks and writes my reports, because I cannot write in the dark, rain or when it is cold outside, so I take notes on a small note pad and put it on my DAR when I get a chance.
I have not been tardy over a month; this can be proven by the sergeants.

There are obvious tardiness, constant call-offs and discrimination that is fact and goes unaddressed by these people. They are under a assumption that I may have been deficient in my performance and they are ready to give me a written reprimand or worst.

Dale Schmidt, without a doubt, discriminated against me when I applied for the control room operator's position. Dale had a prerequisite for this position, but it was only a prerequisite for me. When I first ask for the position, I left several messages with Dale. I even left a resume in his box that he checks daily. I never got a response until I left a resume with you, Bonnie. When he responded, he discredited my resume and defamed me. In the interview, he only told me negative information and how it would be difficult for me. Then, he gave me a bogus test that I hadn't been prepared to take. I have never been given a test without first given a chance to prepare for it, because some of the information on my resume was old and I needed a refresher. As a result, I had done well enough for him to know I was capable of learning the control room.

While the testing was going on or at the end of the interview, he made demeaning comment like: "I thought you could type 40 words, that is on your resume"; when I got something right "It took you long enough" or "that is not the way I would have done it; "now lets see if you still want the job", this was his last statement and the interview was over and he walked out. I felt humiliated and worthless. I didn't want the position if I had to work that close to this guy. He never gave me the respect to give me a Thank You letter or respond, a person has been hire and awaiting training for this position. This person didn't go through any of the prerequisites I had to endure or any other applicant. They were just interviewed and hired.

Bonnie, I am trying to be a long-term employee here at ChevronTexaco. I am not trying to cause problem for anyone or management. I have a family that counts on my support. I know when I am doing wrong and I can correct it, but what can you do when people are picking on you and not treating you fairly? Janice, Art, and Dale are your management team. How can they get respect from the other subordinates if they are disrespecting us and making bias remarks about us, where is the unity? We work well when we can respect the person we are doing the work for. This could be the cause of the many mistakes made in the pass.

PS – I will schedule a meeting with you.

Thank You
James Settle

 EX 6

**DeLoach, Ronald [Wackenhut]**

**From:** Schmidt, Dale H. (dhsc)
**Sent:** Thursday, May 19, 2005 4:26 PM
**To:** DeLoach, Ronald [Wackenhut]
**Subject:** RE:

Ron,

Wouldn't your report have sounded better like this?

At approximately 0545 hours, S/O Teitsma called the Control Room to ask the CRO if it was too late to call off sick. (Insert here what the CRO told S/O Teitsma) After talking with the CRO, S/O Teitsma decided to come in to work. S/O Teitsma reported for duty at 0600 hours, at which time she reported to (insert who she talked with here) that she had family problems, so she was going back home. S/O Teitsma requested that I approve her departure from the Main Gate post, and I responded that she would have to get that approval from Bonnie. S/O Teitsma then picked up her belongings and said "I'M leaving. I don't care if they fire me. I'm leaving". S/O Teitsma then left the Chevron Corporation site.

Please try to be more specific. Give more detail. Use names and quotes. Check your grammar and spelling.

**Dale H. Schmidt**, Quality Assurance and Training

**Chevron Corporation**
Reporting to Building Security
6001 Bollinger Canyon Road, Room 1293
San Ramon, CA 94536-2324
Tel. 925-842-2121  Fax. 925-842-2044

Mail to: dhsc@chevrontexaco.com

'(b)

-----Original Message-----
**From:** DeLoach, Ronald [Wackenhut]
**Sent:** Thursday, May 19, 2005 7:26 AM
**To:** Sutterfield, Bonnie (bsut)
**Cc:** Schmidt, Dale H. (dhsc); Knott, Richard (rhkn)
**Subject:**

Bonnie

At 0545 S/O Teitsma  call control room asking the CRO was it to late to call off then she decided to come to work. She came to work at 0600 then she said she had family problems so she was going back home. She tried to get me to ok her to leave. but I told her I could't approve that, and she would have to talk to Bonnie. So she picked up her things and said I am  leaving, I don't care if they fire me I am Leaving.

(a)

EX 7



**Local 24/7**

**SEIU**®

**Stronger Together**

STEVE McCLENATHAN
President

ED PENA
Secretary-Treasurer

TERESITA CRUZ
Vice-President

Ref. No. L-083/IV/07                                           April 6, 2007

Dear Wackenhut Employee:

   I am writing to inform you that SEIU Local 24/7 has disclaimed interest in representing the bargaining unit of Wackenhut employees working in the counties and areas of San Francisco, Alameda, Contra Costa and Fresno that was covered under the collective bargaining agreement between SEIU Local 24/7 and the Wackenhut Corporation that expired on January 1, 2004. Since the expiration of that agreement, Wackenhut has been unwilling to negotiate a successor agreement.  SEIU Local 24/7 has communicated this disclaimer to Wackenhut and has requested Wackenhut to cease and desist from remitting dues or other payments to SEIU Local 24/7 that it has continued to remit since the expiration of the agreement pursuant to the voluntary dues payroll deduction authorizations executed by the bargaining unit employees.

   Under the Constitution and By-Laws of SEIU Local 24/7, if you wish to continue being a Regular Member of the Union, you must leave your employment with Wackenhut and find employment with another security company whose employees are represented by SEIU Local 24/7.  I have enclosed a list of such companies to help you to do so.  If you remain employed by Wackenhut, you may become an Associate Member of the Union, but you will have to tender your monthly dues payments directly to SEIU Local 24/7 since the Union will no longer accept payroll deductions from Wackenhut.

   Please contact me if you have any questions.  Thank you.

Sincerely,

**Steve McClenathan**
President

SERVICE EMPLOYEES
INTERNATIONAL UNION
AFL-CIO, CLC

**Main Office:**
2201 Broadway, Suite 101
Oakland, CA 94612
510.625.9913
1.800.772.3326
Fax: 510.625.0998

*E X 8*

| A | TWC policy to field managers on **Discrimination** "any alleged correspondence; Notify Corporate immediately!!!" <br><br> **Note**: Paulette Nunez (Head of HR) states in a training class no. VII {A: 1} |
|---|---|

Bonnie executed the following steps "immediately"(note: the email on discrimination was sent 5/8/05 at 11:45pm Sunday night):

| B | On 5/9/05 at 8:52 am Monday morning, Bonnie launched an investigation against the Plaintiff contacting Dale to check his DAR which lead to the Plaintiff dismissal for falsifying documents {ref. Exhibit 1; E} |
|---|---|
| C | 1. On 5/9/05 at 9:12 am Monday morning, Dale wrote another harassing email to Ron Deloach trying to coerce him into a reprimand on the Plaintiff <br><br> 2. On 5/9/05 at 9:23 am Monday morning, Bonnie has wrote another email to Dale (conspiring against the Plaintiff), she is persistent to find something on the Plaintiff, so she continues her investigation to the Plaintiff attendance <br><br> **Note**: That same month the following transpired and went unaddressed (all non-Blacks): <br><br>     1. On 05/05/05, There were tardies on Veronica Torres in which they said noting about <br>     2. On 05/13/05, Camilla Vernick was late 15 minutes <br>     3. On 05/17/05, Helma Teilsma called off on the company phone for the next day <br>     4. 05/17/05, Veronica Torres was 9 minutes late, again it went unaddressed <br>     5. 05/17/05, Linda Oropeza was 11 minutes late <br>     6. 05/19/05, Helma Teilsma reported to work and left after Ron Deloach denied her request to return home; Ron report her to Dale, he wasn't interested in Helma but how Ron wrote the report {Exhibit 7: a & b} |
| D | On November 9, 2005 when the DFEH contacted them, this is when the Plaintiff discrimination file started, but the Plaintiff had been terminated from the site. **Note**; exhaustion of **Administrative means**; Bonnie Sutterfield refuse to address the issue; Harold Harris (area manager) said "you will not work at Chevron under any means"; the union representative, who was working under a expired contract with TWC {Exhibit 8}, said, he wouldn't represent the Plaintiff, if he continue to allege discrimination to Mr. Harris |



|  **Wackenhut**  HUMAN RESOURCES MANUAL  **TITLE/SUBJECT:**  **EQUAL EMPLOYMENT OPPORTUNITY (EEO) and Form W-206, Receipt Page** | **NUMBER:**  **HR 515**  **EFFECTIVE DATE:**  **6/01/2000**  **SUPERSEDES:**  **8/1/93** |
|---|---|

**PROCEDURE**   Each Regional, Area, Branch, Project, and Facility Manager (herein after referred to collectively as "Field Manager") and Corporate Managers will uphold the Company's position on Equal Employment Opportunity. Further, Managers (Field and Corporate herein referred to as "Managers") will uphold the Company's position that recruiting, hiring, training, transfers, promotions, compensation, benefits, terminations, and all other employment related transactions are to be handled in a non-discriminatory manner.

Each Manager will: (Field and Corporate)

- Thoroughly review HR Policy 515. Each manager will sign Form W-206 which will then be placed in each manager's personnel file. Regional, Area, Branch, Project, Facility and Business Unit Managers will forward their signed form to Corporate Human Resources to be filed in their personnel file.

- Promote the Company's philosophy on the non discriminatory treatment of all individuals and demonstrate through his or her actions, professional behavior that is compliant with this policy.

 Notify Corporate Human Resources immediately upon receiving an EEO/Agency charge, any correspondence alleging discrimination, or any formal, informal or internal complaints of discrimination.

 Ensure that employees are not retaliated against for reporting discrimination.

- If employees are featured in advertising, employee handbooks, publications, or orientation programs, both minority and female and appropriate diversity of employees will be represented.

- Include the EEO statement in all purchase orders. (The EEO Statement is listed on the company's purchase order form.)

- Ensure that all facilities are available to all employees except for obvious areas such as bathrooms and changing areas.

- Ensure that all management/supervisory employees are advised that:

  (1)   Equal Employment Opportunity is an integral part of their job responsibilities and part of their performance evaluation;

  (2)   Appropriate action and notification is expected to correct any complaints of discrimination and/or harassment.

Page 6 of 9



# SEXUAL HARASSMENT TRAINING

## OUTLINE

Training Facilitator:  Paulette Nunez

Date: _____

Location: _____

Time: _____

I.    Introduction

II.   Pre-Test Handout

III.  The Wackenhut Corporation
      HR 520 – Sexual Harassment/Workplace Harassment Policy

IV.   California Department of Fair Employment and Housing
      Assembly Bill 1825
      Mandatory Poster

V.    Myths and Fact About Sexual Harassment

VI.   Harassment Is Video

VII.  Sexual Harassment:
      • Is a serious matter
      • Definition
      • Different types
      • Prevention
      • Identification
      • Third party harassment
      • Retaliation
      • Employer Obligations
      • Employer Liability
      • Enforcement

VIII. Supervisory Responsibilities -- see next page

IX.   Post-Test Handout

X.    Summary and Acknowledgement

XI.   Q & A

**A : 1**

## SEXUAL HARASSMENT
## SUPERVISORY RESPONSIBILITIES

- BE A ROLE MODEL

- BE MINDFUL OF POWER IMBALANCE

- BE OBJECTIVE..NONJUDGEMENTAL...CONSISTENT

- ACKNOWLEDGE PERSONAL PROBLEMS

- BE AWARE OF BEHAVIOR IN THE WORK ENVIRONMENT

- PAY ATTENTION TO RUMORS

- SEEK GUIDANCE FROM COMPANY MANAGEMENT

 - TAKE EVERY COMPLAINT SERIOUSLY

- BE PROACTIVE

**Woelffer, Janice (jwoe) (Janice.Woelffer)**

| | |
|---|---|
| **From:** | Sutterfield, Bonnie (bsut) |
| **Sent:** | Monday, May 09, 2005 8:52 AM |
| **To:** | Schmidt, Dale H. (dhsc); Woelffer, Janice (jwoe) (Janice.Woelffer) |

Dale and Janice.
Please verify these times with James Settle's DAR.
Thanks!

| Date | Time | Reader ID | Description | Status |
|---|---|---|---|---|
| 4/19/2005 | 3:09:30 PM | 1.4.2.R1 | CHVPK - Bldg. B/C - REV Dr. - In Reader | Access Granted Used » |
| 4/19/2005 | 3:11:05 PM | 1.4.2.R2 | CHVPK - Bldg. B/C - REV Dr. - Out Reader | Access Granted Used » |
| 4/19/2005 | 3:31:57 PM | 1.15.0.R2 | CHVPK - BLDG J1 - W - REV - O READER | Access Granted Used » |
| 4/19/2005 | 3:33:57 PM | 1.15.0.R1 | CHVPK - BLDG J1 - W - REV - I READER | Access Granted Used » |
| 4/19/2005 | 3:54:17 PM | 1.19.6.R1 | CHVPK - BLDG T\L - REV - W - I READER | Access Granted Used » |
| 4/19/2005 | 3:56:32 PM | 1.19.6.R2 | CHVPK - BLDG T\L - REV - W - O READER | Access Granted Used » |
| 4/19/2005 | 5:08:55 PM | 1.14.20.R1 | CHVPK - Bldg. J - J Pedestrian Gate In Reade | Access Granted Used » |
| 4/19/2005 | 5:10:56 PM | 1.14.19.R2 | CHVPK - Bldg. J - Auto Gate Exit Reader | Access Granted Used » |
| 4/19/2005 | 5:10:56 PM | 1.14.19.R2 | CHVPK - Bldg. J - Auto Gate Exit Reader | Access Granted Used » |
| 4/19/2005 | 5:12:18 PM | 1.10.2.R1 | CHVPK - Bldg. H/K - REV Dr. - In Reader | Access Granted Used » |
| 4/19/2005 | 5:12:40 PM | 1.10.0.R1 | CHVPK - Bldg. H - East Main Dr. - In Reader | Access Granted: l » |
| 4/19/2005 | 5:33:54 PM | 1.10.2.R2 | CHVPK - Bldg. H/K - REV Dr. - Out Reader | Access Granted Used » |
| 4/19/2005 | 6:04:13 PM | 1.4.2.R1 | CHVPK - Bldg. B/C - REV Dr. - In Reader | Access Granted Used » |
| 4/19/2005 | 6:32:22 PM | 1.2.1.R2 | CHVPK - Bldg. B - East REV - Out Reader | Access Granted Used » |
| 4/19/2005 | 7:42:46 PM | 1.24.8.R2 | CHVPK BLDG A TURNSTILE LANE 3 OUT | Access Granted Used » |
| 4/19/2005 | 7:44:03 PM | 1.24.9.R1 | CHVPK BLDG A TURNSTILE LANE 4 IN | Access Granted Used » |
| 4/19/2005 | 7:46:25 PM | 1.24.9.R2 | CHVPK BLDG A TURNSTILE LANE 4 OUT | Access Granted Used » |
| 4/19/2005 | 8:01:14 PM | 1.2.1.R1 | CHVPK - Bldg. B - East REV - In Reader | Access Granted Used » |
| 4/19/2005 | 8:35:00 PM | 1.2.1.R2 | CHVPK - Bldg. B - East REV - Out Reader | Access Granted Used » |
| 4/19/2005 | 8:37:49 PM | 1.24.9.R1 | CHVPK BLDG A TURNSTILE LANE 4 IN | Access Granted Used » |
| 4/19/2005 | 8:39:12 PM | 1.21.5.R1 | CHVPK - BLDG V - W - MAIN - I READER | Access Granted Used » |
| 4/19/2005 | 8:51:53 PM | 1.21.10.R1 | Chvpk - Bldg. V - BRES IT Rm. V1315 - Reader | Access Denied: |

l B

**Woelffer, Janice (jwoe) (Janice.Woelffer)**

| | |
|---|---|
| **From:** | Sutterfield, Bonnie (bsut) |
| **Sent:** | Monday, May 09, 2005 9:23 AM |
| **To:** | Schmidt, Dale H. (dhsc) |
| **Cc:** | Woelffer, Janice (jwoe) (Janice.Woelffer) |
| **Subject:** | RE: Absenteeism |



Dale,

Before we counsel James or ask Ron to counsel do we have all of the facts? As far as I know the statements in the first e-mail is just hearsay. Who actually said James was hiding out in B, was it actually witnessed? Do you have anything from Ron, or is it just Art? Please look into this further and work with Ron as he is his supervisor. I actually ran a report on James, some questionable items but for the most part it does not reflect hiding out in B. Have we checked the payroll sheets as far a James being late?

Thanks,
Bonnie

**Bonnie Sutterfield,** Building Security

**ChevronTexaco**
Reporting to CTBRES, Site Services
6001 Bollinger Canyon Road, Room A1015
San Ramon, CA 94583-2324
Tel 925 842 2106  Fax 925 842 5486

mailto:bsut@chevrontexaco.com

-----Original Message-----
**From:** Schmidt, Dale H. (dhsc)
**Sent:** Monday, May 09, 2005 9:12 AM
**To:** DeLoach, Ronald [Wackenhut]
**Cc:** Opet-Ramirez, Lynn; Sutterfield, Bonnie (bsut); Woelffer, Janice (jwoe) (Janice.Woelffer)
**Subject:** RE: Absenteeism

Ron,

As far as you counseling James, what are your plans for changing his behavior? Do you intend on just letting him continue as he pleases?

**Dale H. Schmidt,** Quality Assurance and Training

**ChevronTexaco**
Reporting to Building Security
6001 Bollinger Canyon Road
San Ramon, CA 94538-2324

mail to: dhsc@chevrontexaco.com

| | |
|---|---|
| **From:** | Mount, Lyle [Wackenhut] |
| **Sent:** | Sunday, May 08, 2005 7:48 PM |
| **To:** | Schmidt, Dale H. (dhsc) |
| **Subject:** | RE: Absenteeism |

11/02/2005 14:03 FAX 5616916591     WACKENHUT HR       ☑001

*James Settle*



| | |
|---|---|
| To:    Harold Harris, Area Manager | Date:    November 2, 2005 |
|       TWC SNF | |
| Via fax:   415-591-0794 /*0795* | 9 Pages total including cover page |
| From:    Paulette Nunez/Patti Marmon | Div.:    Human Resources |

Subject: New Discrimination Charge

As you know a new charge of discrimination, set forth by James Settle has been filed against the Company. In accordance with Company policy, we will soon be preparing Wackenhut's position statement for submission to the California Department of Fair Employment & Housing (DFEH).

In order for us to prepare a comprehensive response for the Commission, please forward the following information to my attention **no later than November 9, 2005**.

1.    **An informal statement** regarding what you believe occurred that led this employee to file a charge of discrimination. Please also include background information on the claimant's employment history and current employment status.

2.    If specific Wackenhut employees are named in the charge of discrimination, please **provide statements** from these individuals addressing the issues raised in the charge.

3.    Regarding the charge itself, please **ensure that each and every sentence of the allegation (numbered I, II, and III. A.-D.) stated in the "particulars" is addressed** either in your own statement, or in statements provided by other Wackenhut employees. Please also include copies of any specific documents that are referenced in your reply.

4.    Please also provide specific responses to items 1. through 13. of the DFEH's "Supplement to Notice of Filing of Employment Discrimination Complaint". Please **submit full responses/information/documents as requested**, and be as thorough as possible. If any of the questions appear to be unreasonably extensive and/or irrelevant, please call me as soon as possible.

5.    You may also provide **any additional information** you deem relevant to the case.

| Please do not send double-sided or stapled copies | Submit your response to the attention of: |
|---|---|
| | Paulette Nunez |
| | The Wackenhut Corporation |
| | Human Resources Department |
| | 4200 Wackenhut Drive |
| | Palm Beach Gardens, FL 33410 |

Thank you in advance for your cooperation in this matter. If you have any questions or concerns, please feel free to contact me at (561-691-6593 or via fax at (561) 691-6591.

**CONFIDENTIALITY NOTICE**   This facsimile is intended solely for the use of the addressee designated. Document(s) transmitted herewith may contain information which is confidential and privileged. Delivery, distribution or dissemination of this communication, other than to the intended addressee, is strictly prohibited. If you have received this facsimile in error, please notify Paulette Nunez by telephone at 561-691-6593.

*D*



Print - Close Window

**To:** jamessettle@att.net

**Subject:** Re: Statement for James

**Date:** Mon, 30 Jun 2008 14:55:43 -0400

**From:** derose45@aol.com

please email it to me when you are finished and I will edit anything I
don't agree with.


Denise Rose


-----Original Message-----
From: James Settle <jamessettle@att.net>
To: derose45@aol.com
Sent: Mon, 30 Jun 2008 1:38 am
Subject: Re: Statement for James


Denise



I really wish I didn't need your statement or Tim's, but I do. They
are the glue to what I am saying and what other people have said in
their statements. Without them, our statements are weak. Denise, I have

spent lots of money pleading this case and there are bad repercussions
for me if I loss this case. This is something that has plagued me for a

long time. I sit there and I told Harold Harris what had taken place at

Chevron. He look at me like he didn't speak English and my union
representative (Chunk) said if you say anything else about
discrimination, I will not represent you. Harold than moved on to
another subject without addressing the issue at hand. You don't know
the thing I have sacrificed and lost because of what Dale, Bonnie and
Wackenhut management allowed them to do, just because of money. They
cared nothing for their employees who made them the money.


Denise, If the shoe was on the other foot and it was you, I would not
hold nothing back, I would tell everything I know about them. My
passion is for people, now rich companies who treat their employees bad

because they can bully their way through the system and scare their
employees into submission.


You have a copy of the first email. I will put all of those bullet
points in a statement form and have it for you on Wednesday after work
for you to sign. Those are your words to me. I wrote them directly from

# EX 10

your speech. If you told me something that was false, email me back on
the points that were not the truth and I won't add them. Otherwise, all

bullet points will be addressed in statement form.


James Settle

derose45@aol.com wrote:

yes they will settle out of court, that's kinda funny that is your
name. I thought you were going to write something and I would read
,edit and sign it. Please try to write what you need in letter form
and send it to me.


Denise Rose


-----Original Message-----
From: James Settle
To: derose45@aol.com
Sent: Sun, 29 Jun 2008 12:24 am
Subject: Re: Statement for James


Denise


This is a very serious matter. if you are subpoena, you will be under
oath and the audience will be Wackenhut and the people in question, as
result, the attorneys will drill you hard which will cause you to
commit perjury or really make them look bad. Perjury is a felony. The
attorneys' don't want to go to court, they want to settle out of court.
There would have to be a trail to subpoena you. By giving me a strong
statement, it will keep this case from going to court and being pressed
by attorneys and peer pressures.

derose45@aol.com wrote:

James,
Maybe they should subpoena me. I can write something for you but maybe
they would like to talk to me directly. I will put something together.
When do you need this?


Denise Rose


-----Original Message-----
From: James Settle
To: derose45@aol.com
Sent: Thu, 26 Jun 2008 11:54 pm
Subject: Statement for James

Denise,

Here is the items I will have you to address in more detail. I really
need you, you are my last result to bond this case. I cried on 4
occasions and today at the deposition, I had to hold the tears back
when talking about my treatment by Dale and Bonnie.

Denise don't be afraid to tell the truth that will win is case, please
address the following bullets:

state your positions and title

When you wanted to report Bonnie to the Main Headquarters, Harold
Harris threaten you not to do it

Bonnie and Dale terminated officers from the site, then said it was at
the client request, in fact, it was at their request. You had gotten to
appoint that you didn't know what to say to these people

Alberto Perez was a dark skinned Mexican who was fired and sent to the
branch in which you never was told why. so, you had to make up a reason

Bonnie didn't have a reason to terminated me from that site, when you
pulled my file there was anything contain in it warranting terminate
(it was clean)

Dale verbalized his dislike for Blacks, Tim Rocca made a comment
concerning a derogatory statement about Blacks.

Bonnie wouldn't never report her vacation time and she would work from
home without authorization, yet she would reprimand her employees for
the same issue

Bonnie gave Veronica Torres a bridal shower at work, when James' wife
had had surgery, she didn't even give him a card

Veronica had problems with spelling on here application, but Bonnie
promoted her to management and gave her 9/80 days

Veronica's husband (Miguel Ruiz) should have never been hired. He had
problems with his credentials (no green card and guard card) and Bonnie
harassed you to hire him anyway which she left the position open for
him and looked over James

Bonnie enjoyed to see men scrum just to see them crumble at her feet

Bonnie used vacation time that she didn't have and authorized vacation
for other people who can do favor for her

Bonnie and Dale didn't have a reason to terminate me or proof to do it

Bonnie wanted to hire a woman who was doing drugs regardless of her positive drug test, but you wouldn't let her


Denise, again, don't hold back, because they are not. In the deposition today, they were saying you were fired with bad standing when I know that isn't true. Those bullet points can straight from my notes after a meeting with you. you can address each one and add a comment of your own.


PS Denise Please! Please! help me


James Settle

1    James Settle
2    4721 Nicol Commons #103
     Livermore, CA 94550
3    925-998-0297
     In Pro Per
4

5

6              IN THE UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNA
8

9
10   JAMES SETTLE                               )    CASE No.
                                               )
11                   Plaintiff                  )    DECLARATION OF RON
                                               )    DELOACH
12        v                                     )
                                               )
13                                             )
14   THE WACKENHUT CORP. BONNIE SUTTERFIELD, )
     DALE SCHMIDT, JANICE WOELFFER, DOES 1-10  )    Date: _____
15                                             )    Time: _____
                     Defendants                )    Location: _____ :
16   _____)    [Trial date: _____ ]

17

18        I, Ron Deloach, make the following statement:

19        1.   Art Tally, the supervisor at the Chevron site , said he would do whatever he had to do

20             to get ahead.

21        2.   Art would allow Harold Briggs, who is white, to sit with him in the guard shack while

22             Adie Holloway or James Settle, who are Black, make patrols, Harold had a no call no

23             show, Management, including Art, wanted to hold his job until he came back,

24
               likewise, Adie Holloway was reprimanded  by Art for being on the phone in the guard
25
               shack and insubordination for not going home after Art instructed him to do. Bonnie
26

27

                                               1

found that Art was unauthorized to send any one home and she dismissed the reprimand.

3. Art was constantly late; sometime I didn't go home until 15 minutes to 30 minutes later; Richard Knott asked me about Art tardies and I told him.

4. Dale emails me on several occasions to reprimand James Settle on being unshaved. Dale started growing a beard in August of 2005. Three months later, it was a full beard and he wore it to the managers meeting in which Bonnie Sutterfield attended, She never said anything to him.

5. Helma Teitsma and Camille Vernick (both white) was constantly late or calling off. When I would report them to Dale or Bonnie, they would say very little about it and they would continue to be late and call off.

6. Dale told me he wanted Adie Holloway (black) terminated and he tried his best to get him terminated.

7. Dale never planned to hire John Nelson (black) for the CRO position, he always plans to hire Trevor Rieger (white).

8. Dale told me he just didn't like Ife Stewart's who is Black.

9. Dale threatened declarant's job on several occasions without consulting with Bonnie Sutterfield, the site manager.

10. Bonnie said, Dale would do many things without her permission.

11. On 04/15/06, declarant caught Manjit Kair leaving at 1645 when she had record on her DAR 1700; she told me Bonnie told her she could do it. Richard Knott another supervisor was with me. I told Richard, Bonnie dismissed James Settle for falsifying company documents, but she is doing the same thing.

2

12. On 02/24/06 Lyn Opet-Ramirez arrived to work at 0650, she asked Richard Knott to allow to her to put 0600 on her payroll sheet, Bonnie wouldn't mine, Richard recorded 0600 on her time sheet.

13. By all of our conversations, I was convinced Dale is a racist.

14. Tim Rocca told declarant about the racist comment said by Dale..

15. One final point, the attendance forms James Settle showed me were not part of his file. Dale was good at after-the-facts information and creating evidence against you. As a supervisor, I was a relief officer for the control room and I never saw any attendance forms accumulated on James Settle. I have seen Dale use normal criteria for one employee that was OK and it is the rule for another employee. An example of what I am saying is: I reprimanded Jaime Musni for sleeping on post and reported him to Dale. Sleeping means immediate dismissal. Musni was back on post the next day. Also, I filled out an attendance form on Lyn Ramirez. I would look for them and they would be removed.

Respectfully submitted by:

Ron Deloach                                    Date

8-12-08

3

## VERIFICATION

I, RON DELOACH, am a declarant in the above-entitled action. I have read the foregoing Declaration and know the contents thereof. The same is true of my own knowledge except as to those matters, which are therein alleged on information and belief, and as to those matters, I believe to be true.

I, declare under penalty of perjury that the foregoing is true and correct. Executed this __14__ day of __A UG__, 2008, at __San Ramon__, California __94538__.

**RON DELOACH**

| Page | Evidence: |
|------|-----------|
| **A** | David Goldman declaration |
| **B** | Art Talley declaration |
| | |
| | |
| | |

# EX 12

**David Goldman**
**15939 St. John's Dr**
**San Lorenzo, CA 94580**
**510.207.0891**

**Subject:** Statement about Wackenhut Management at Chevron

To Whom It May Concern:

I, David Goldman, declare my statement about James Settle is what I witness during the time he was at Chevron and what transpired after he left the site. There were many people at the Chevron site that were late and not written up. I was the control room operator who took the calls for call-off or tardiness. I observed and took the calls for Helma Teitsma, Camille Larrea, Veronica Torres, Richard Carrillo and others who were constantly late or calling off during the same time Dale Schmidt threaten the supervisors to reprimand Mr. Settle for any account at Chevron. Mr. Settle was reprimanded for facial hair, but during the last quarter of 2005 Dale Schmidt did grow a beard.

I don't know about Dale ignoring James Settle for the CRO position; I do know he did not want Mr. Settle to get the position. Miguel Ruiz was hired over Mr. Settle for the CRO position. Mr. Settle told me, he took a pre-test, which was something I had not heard before until Mr. Settle told me. Not only did Miguel not take a pre-test no one before or after him has ever taken a pre-test. Also, I have observed other incidents concerning the CRO positions such as:

- John Nelson (Black) who trained for the position, he was reassigned for using notes on a test that he was not told he couldn't, also for wearing jeans on a day he was told he could because he attended a CPR/First Aid class on his day off.

**2** • Numerous people including myself trained Linda Arellano, partime flex-officer; no test was taken because she could not complete the training. She didn't meet any of the qualifications, but Bonnie Sutterfield wanted her trained. We spent six weeks training her, but she never could pick up on the position

Bonnie Sutterfield always promoted and hired women in high paying positions; even Chevron was questioning this. She showed favoritism not only to women but men she liked.

Georgia Anderson was not qualified to do the QAT position, but Bonnie selected a committee to interview a few people and choose a person. She was always hinting to have Georgia put in that position.

Georgia set me up, she would write me up and watch me and report everything I did to Bonnie, and also Miguel and Tim were involved in the conspiracy. The branch told me they knew what was going on but would not do anything to help me or stop it. Mike Chang told me "my hands are tied". After I was reassigned Charles Boyd told me that he knew what was going on.

**6** I was in the class, when Andrew Clark of the San Jose branch made the statement that no husband and wife can work at the same site without the CEO's permission. After Mr. Clark made this statement, Mr. Settle asked me to be a witness to what he had just stated.

I, David Goldman, have told the truth to the best of my knowledge concerning James Settle and the management at Chevron for the Wackenhut Corporation.

David Goldman

**David Goldman**

**A**

**l**

$Ex^{\#}3$

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Alameda_ }

On _1/8/08_ before me, _Lamont W. Allen, Notary Public_,
Date                                    Here insert Name and Title of the Officer

personally appeared _David Goldman_
                                    Name(s) of Signer(s)

_____,



**LAMONT W. ALLEN**
Commission # 1499508
Notary Public - California
Alameda County
My Comm. Expires Jul 9, 2008

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                                Signature of Notary Public

Place Notary Seal Above

─── **OPTIONAL** ───

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Letter_

Document Date: _1/8/08_                    Number of Pages: _1_

Signer(s) Other Than Named Above: _None_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _David Goldman_
☑ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

2

Ex #3

Name: Art Talley

Date: January 9, 2008

Subject: Witness

I, Art Talley, was a sergeant at Chevron Corporation. Dale Schmidt, the Quality Control Trainer, told me, he had given James Settle a test for the control room operator position.

I was summoned to Bonnie Sutterfield's office, the Site Manager at Chevron Corporation for Wackenhut, the security company for Chevron. Dale Schmidt was present when I came to this office. James was tardy for his shift on that day; however, he had called in to let the job know he was going to be late. His message was not noted by the control room officer, acknowledging that he had called and would be late. James became teary-eyed as he explained that his daughter was missing from school and that he didn't know where she was. He told me her mother had died a couple months earlier and he was feeling lost concerning what to do with his daughter at the time.

To the best of my knowledge, the above statement is true and correct. I make this statement under penalty of perjury under the laws of the State of California.

Art Talley

01/09/08

January 9, 2008

B

Ex #2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Alameda_

On _1/9/08_ before me, _Lamont W. Allen_,
<sub>Date</sub>                    Here Insert Name and Title of the Officer

personally appeared _Art Talley_

Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public

Place Notary Seal Above

---- **OPTIONAL** ----

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _Letter_

Document Date: _1/9/08_                    Number of Pages: _1_

Signer(s) Other Than Named Above: _None_

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _Art Talley_
☑ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

2

Ex #2



| A | This is a license CPA, who has seen the plaintiff work and used the plaintiff to service some of his clients which computer software was needed |
|---|---|
| B | This a award for working without any supervision and taking for management when there wasn't any management present |
| C | This is an long-term client who the plaintiff has done some extradinary services for the client using the computer software |
| D | This is a Badge Inventory Sheet the Plaintiff created for TWC at GE Access. The account manager was having a problem tracking the badges. They were missing periodically. So the Plaintiff was asked by Rich Wagner to develop a system. This log was used from 2006 to 2008 until closing |
| E | This is an Payroll system designed by the Plaintiff in Microsoft Excel for TWC with complex functions and formulas that was used at the GE Nuclear Center account; as of today, the some of the formulas are still being used |
| F | This is a Database that the Plaintiff is designing by using Microsoft Access, now for TWC at GE Nuclear at the request of the site manager |

**Exhibit 13**

Certified
Public
Accountant

Thomas Neal

July 15, 2005

Dear Sir or Madam:

Please allow this letter to serve as a character and skills reference for James Settle. As a business colleague and friend, it is my pleasure and honor to testify for my friend. James has always been a hard working business colleague going above and beyond the call of his job. At no point and time have I ever witnessed any lackluster or mediocre performance.

James is very computer savvy in the use of Microsoft Word, Excel and the tax and accounting software used in the performance of his job. There have been occasions where he's used these programs to perform tasks for my business. James is very knowledgeable pertaining to his occupations, whether it's security or accounting.

In accounting, we have shared business ventures and client information. James has shared an office with me for four years. It would be unfathomable to believe he would be denied a promotion by working with him under these circumstances.

In my opinion, James Settle would be an asset to any business. I have enjoyed working with him and I look forward to working with him in the future.

Sincerely,

Thomas Neal, CPA

A

22320 Foothill Blvd. Suite 450, Hayward CA | Ph: 510.886.7763 | Fx: 510.886.6819



# Hilton ⓗ Pleasanton
### at The Club

## PERFORMANCE FOR
## EXCELLENCE

THIS AWARD IS PRESENTED
TO RECOGNIZE THOSE
TEAM MEMBERS
WHO BEST DEMONSTRATE
EXCELLENCE
IN THE PERFORMANCE
OF THEIR DUTIES.

JAMES SETTLE
EMPLOYEE OF THE MONTH
AUGUST 2002

B

August 07, 2008


Jack Haddad, MD, MBA
6505 Cowboy Way
Citrus Heights, CA  95621
408-644-4379 (cell)
415-476-1000 (work)


Dear Sir/madam:


I Hope this letter finds you in the best of health...

I'm hereby writing to state my opinion of my Mr. James settle's professional and
personal characteristics.

Mr. Settle has been preparing my state and federal income taxes for the past 11 years;
that said, I vow for his knowledge in the subject matter at large. Mr settle has proven to
me, without any reservation, that he is well versed when it comes to matters involving
states and federal taxes.

On July of 2004, I received an inquiry from the IRS regarding form 1099 and Schedule-
D of my tax returns. The inquiry pointed to a discrepancy in the net calculation of the
equity shares (stocks) and covered call option (stock options). Upon forwarding the
complaint to Mr. Settle, he had quickly discovered that the IRS had not taken into
account 25% of trade transactions. Therefore, this lack of accountability led to a
correction and a letter of apology from the IRS.

Moreover, I was very impressed and intrigued by Mr. Settle's knowledge in calculating
complex call strategies, such as spreads and naked short selling. To this date, I have
not been able to successfully locate anyone, besides Mr. Settle, who has the integrative
skills necessary to understand quantitative calls and put option strategies. This task is
particularly challenging when using excel and Microsoft word spread sheets demanded
by the IRS. Clearly, Mr. Settle does not only understands the concept of "intrinsic time
value" in calculating option decay, but also has the talent to program the numerics on an
excel screen.

On a personal note, Mr. Settle is full of personal integrity, compassion, and equanimity.
It is this balance, perhaps more than any other single characteristic that epitomizes his
personal conduct and care for others. To that end, I stand by my recommendation of
Mr. Settle to any person (s).

Should you desire further testimony of the above mentioned matter, I could be reached
via email at jackmd1@aol.com, or at 408-644-4379.



*C*

1 of 2

Sincerely,

Jack Haddad, MD, MBA
Director of Orthopedic Research
San Jose Orthopedic Medical Group, San Jose, CA
UCSF Medical Center, San Francisco, CA
Highland Hospital, Oakland, CA

2 of 2

## BADGE INVENTORY

**Inspector** _____          **Date** _____

**Badges:**

| Activated | Yes | No | Non-Activated | Yes | No | Contractors | Yes | No |
|-----------|-----|-----|---------------|-----|-----|-------------|-----|-----|
| 30002 | | | 30017 | | | Ultra 1 | | |
| 30003 | | | 30014 | | | Ultra 2 | | |
| 30004 | | | 30011 | | | Mother | | |
| 30007 | | | 30042 | | | DHL | | |
| 30008 | | | 30030 | | | SBA | | |
| | | | 30023 | | | SUN | | |
| | | | 30013 | | | UPS | | |
| | | | 30010 | | | FedEx 1 | | |
| | | | | | | FedEx 2 | | |
| | | | | | | Kent | | |

**Total Missing Badges** _____

**Missing Badges:**

| Date | Name | Company | Type |
|------|------|---------|------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*D*