```
 1  STEPHEN E. RONK (SBN: 164333)
    MICHELLE L. STEINHARDT (SBN: 235149)
 2  GORDON & REES LLP
    633 West Fifth Street, Suite 4900
 3  Los Angeles, CA 90071
    Telephone: (213) 576-5000
 4  Facsimile: (213) 680-4470

 5  Attorneys for Defendants
    THE WACKENHUT CORPORATION
 6  JANICE WOELFFER AND DALE SCHMIDT

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SETTLE, an individual | CASE NO. C 7-05813 JSW |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| | **AND ORDER VACATING DATES** |
| WACKENHUT CORP. BONNIE SUTTERFIELD, DALE SCHMIDT, JANICE WOELFFER, DOES 1-10, | (Alameda County Superior Case No. VG07347918) |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the parties to the above-captioned matter have agreed to terms for settlement of all claims pending in this action. As a result, the court is respectfully requested to vacate all pending hearing dates, including the hearing date for the Notice of Motion and Motion for Summary

/ / /

/ / /

/ / /

1  Judgment or In The Alternative Motion For Partial Summary Judgment currently
2  scheduled for November 7, 2008. The parties anticipate a Stipulation for
3  Dismissal will be filed within the next 45 days.

5  DATED: November 3, 2008        GORDON & REES LLP

7                                  By _____
8                                     Stephen E. Ronk
                                      Michelle L. Steinhardt
9                                     Attorney for Defendants
                                   THE WACKENHUT CORPORATION,
10                                 JANICE WOELFFER AND DALE
                                   SCHMIDT

*IT IS SO ORDERED*
*Judge Jeffrey S. White*

November 4, 2008