1  STEPHEN E. RONK  (SBN: 164333)
   MICHELLE L. STEINHARDT  (SBN: 235149)
2  GORDON & REES LLP
   633 West Fifth Street, Suite 4900
3  Los Angeles, CA  90071
   Telephone:  (213) 576-5000
4  Facsimile:  (213) 680-4470
   Email:  sronk@gordonrees.com
5  Email:  msteinhardt@gordonrees.com

6  Attorneys for Defendants
   THE WACKENHUT CORPORATION,
7  DALE SCHMIDT and JANICE WOELFFER

8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11
   JAMES SETTLE,                          )  CASE NO. C 7-05813 JSW
12                                        )
                 Plaintiff,               )
13                                        )  [PROPOSED] ORDER
        vs.                               )  DISMISSING CASE WITH
14                                        )  PREJUDICE
   WACKENHUT CORP., BONNIE                )
15 SUTTERFIELD, DALE SCHMIDT,             )  [Federal Rules Of Civil Procedure
   JANICE WOELFFER, and DOES 1-10,        )  41(a)(1)]
16 Inclusive,                             )
                                          )  (Alameda County Superior Case No.
17               Defendants.              )  VG07347918)
                                          )
18 _____)

19        Pursuant to the fully executed Stipulation RE: Dismissal of Plaintiff James

20 Settled and Federal Rules of Civil Procedure 41(a)(1), the action entitled *Settle v.*

21 *Wackenhut Corp., et al.* Case Number C 7-05813 JSW is dismissed with prejudice.

22

23 Dated:    January 26, 2009

24                                   Judge of the U.S. District Court

25

26

27

28

                                    1

[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE